**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re ) | |
| ) | Bankruptcy No. 10-xxxxxx |
| **SHUBH HOTELS PITTSBURGH, LLC,** ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

*[Continued on Following Page]*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Black Rock Financial Management Inc. 40 East 52nd Street New York, NY 10022 | c/o Steven Regan, Esquire Reed Smith Reed Smith Centre 225 Fifth Avenue Pittsburgh, PA 15222-2716  412-288-3134 | Undersecured portion (estimated) of mortgage loan | C/U/D, Subject to Setoff | $20,000,000 |
| Hilton Hotels Corporation 755 Crossover Lane Memphis, TN 38117 | Hilton Hotels Corporation 755 Crossover Lane Memphis, TN 38117 | Franchise | C/U/D, Subject to Setoff | $4,224,000 |
| Crescent Hotels & Resorts Corporate Office 10304 Eaton Place, Suite 460 Fairfax, VA 22030 | Crescent Hotels & Resorts Corporate Office 10304 Eaton Place, Suite 460 Fairfax, VA 22030 | Trade debt | C/U/D, Subject to Setoff | $672,826 |
| Rush Air 1701 Sinclair Street St. Clair, MI 48079 | Rush Air 1701 Sinclair Street St. Clair, MI 48079 | Trade debt | | $535,862.50 |

| | | | | |
|---|---|---|---|---|
| HEREIU<br>Contribution Accounting International Funds<br>P O BOX 6557<br>Aurora, IL  60598-0557 | HEREIU<br>Contribution Accounting International Funds<br>P O BOX 6557<br>Aurora, IL  60598-0557 | Pension | | $450,265.58 |
| Richfield Hospitality<br>7600 East Orchard Road<br>Suite 230<br>South Greenwood Village, CO  80111<br><br>303.220.2000 | Richfield Hospitality<br>7600 East Orchard Road<br>Suite 230<br>South Greenwood Village, CO  80111 | Trade debt | | $245,000 |
| Central Pension Fund<br>Department 76<br>Washington, DC  20055-0076 | Central Pension Fund<br>Department 76<br>Washington, DC  20055-0076 | Pension | | $153,764.15 |
| Servicemaster<br>745 Allegheny Avenue<br>Oakmont, PA  15139 | Servicemaster<br>745 Allegheny Avenue<br>Oakmont, PA  15139 | Trade debt | | $153,059.36 |
| Chester Pool Systems Inc.<br>5311 Foundation Blvd<br>New Albany, IN  47150 | Chester Pool Systems Inc.<br>5311 Foundation Blvd<br>New Albany, IN  47150 | Trade debt | | $127,370 |
| P J Dick Incorporated<br>P O BOX 98100<br>Pittsburgh, PA  15227 | P J Dick Incorporated<br>P O BOX 98100<br>Pittsburgh, PA  15227 | Trade debt | C/U/D | $126,981.25 |

| Goldberg Kamin & Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA  15219 | Goldberg Kamin & Garvin<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA  15219 | Trade debt | | $120,000 |
|---|---|---|---|---|
| Reed Smith<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA  15222-2716 | Steven Regan, Esquire<br>Reed Smith<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA  15222-2716<br><br>412-288-3134 | Legal fees to lender's counsel | C/U/D, Subject to Setoff | $102,000 |
| RKB Electric and Supply LLC<br>27 Gary Street<br>Carnegie, PA  15106 | RKB Electric and Supply LLC<br>27 Gary Street<br>Carnegie, PA  15106 | Trade debt | | $87,850 |
| Willis of Pennsylvania, Inc.<br>Four Gateway Center - Suite 505<br>444 Liberty Avenue<br>Pittsburgh, PA  15222 | Willis of Pennsylvania, Inc.<br>Four Gateway Center - Suite 505<br>444 Liberty Avenue<br>Pittsburgh, PA  15222<br><br>412-586-1400 | Trade debt | | $75,189.00 |
| Cleancare Smart Linen<br>51st St. & AVRR<br>Pittsburgh, PA  15201 | Cleancare Smart Linen<br>51st St. & AVRR<br>Pittsburgh, PA  15201 | Trade debt | | $74,182.95 |

| | | | | |
|---|---|---|---|---|
| Constellation New Energy, Inc.<br>P O BOX 414578<br>Boston, MA  02241-4578 | Constellation New Energy, Inc.<br>P O BOX 414578<br>Boston, MA  02241-4578 | Trade debt | | $67,006.51 |
| Pa Joint Board Unite Here<br>2116 Chestnut Street<br>Philadelphia, PA  19103 | Pa Joint Board Unite Here<br>2116 Chestnut Street<br>Philadelphia, PA  19103 | Pension | | $53,766 |
| Pittsburgh Building Owners Welfare Fund<br>PO BOX 642610<br>Pittsburgh, PA  15264-2610 | Pittsburgh Building Owners Welfare Fund<br>PO BOX 642610<br>Pittsburgh, PA  15264-2610 | Pension | | $45,005 |
| Pittsburgh Water & Sewer Auth.<br>Penn Liberty Plaza 1<br>1200 Penn Avenue<br>Pittsburgh, PA  15222 | Pittsburgh Water & Sewer Auth.<br>Penn Liberty Plaza 1<br>1200 Penn Avenue<br>Pittsburgh, PA  15222 | Utilities | | $37,762.05 |
| Architectural Design, Inc.<br>374 Boardman-Poland Rd. Suite 201<br>Youngstown, OH  44512 | Architectural Design, Inc.<br>374 Boardman-Poland Rd. Suite 201<br>Youngstown, OH  44512 | Trade debt | | $37,500 |
| | | | | |

                                          Respectfully submitted,

                                          <u>/s/ Scott M. Hare</u>
                                          Scott M. Hare, Esquire
                                          Pa. I.D. No. 63818

                                          1806 Frick Building
                                          437 Grant Street
                                          Pittsburgh, PA  15219

                                          Scott@ScottLawPGH.com

                                          Tel:    412-338-8632

                                          Counsel for Debtor

Date:   September 6, 2010

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Atul Bisaria, am a member of Shubh Hotels Pittsburgh, LLC, the debtor in this case. I declare under penalty of perjury that I have read the foregoing list of the debtor's creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Date  9/6/10

_____
Atul Bisaria
Member
Shubh Hotels Pittsburgh, LLC