**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Western District of Pennsylvania | Amended<br>Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shubh Hotels Pittsburgh, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-4630589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**910 Clint Moore Road**<br>**Boca Raton, FL**<br>ZIPCODE **33487** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Hilton Pittsburgh Hotel, 600 Commonwealth Place, Pittsburgh, PA**    ZIPCODE **15222** |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shubh Hotels Pittsburgh, LLC** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Amended Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shubh Hotels Pittsburgh, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br>X _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (if not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  Signature of Foreign Representative<br><br>  _____<br>  Printed Name of Foreign Representative<br><br>  _____<br>  Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>  Signature of Attorney for Debtor(s)<br><br>  **Scott M. Hare, Esq**<br>  **15219**<br><br><br>  11/18/10<br>  Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(h); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  _____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  _____<br>  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>  _____<br>  Address<br><br>  _____ |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br><br>  _____<br>  Printed Name of Authorized Individual<br><br>  _____<br>  Title of Authorized Individual<br>  11-18-10<br>  _____<br>  Date | X _____<br>  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>  _____<br>  Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The information contained herein is based on the books and records of the hotel as maintained by the former owner and on information provided by certain employees. From March 31, 2010 to August 23, 2010 the books and records of the Debtor were maintained and kept by the secured lender's selected management company, Crescent Hotel Management, and changes were made to the balance sheet and ledgers without appropriate journal entries. Dr Patel has subpoenaed records from Crescent and has not as of yet received any responses to same, which may require modification of the information provided.

# United States Bankruptcy Court
## Western District of Pennsylvania

IN RE:                                                    Case No. **10-26337-JAD**

**Shubh Hotels Pittsburgh, LLC**                         Chapter **11**
_____
Debtor(s)

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 20,758,878.00 | 2008 Operations |
| 22,299,479.00 | 2009 Operations |
| 13,614,129.00 | 2010 Operations 1/1/2010 through 8/31/2010 |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| See Schedule 3(B) | | 0.00 | 0.00 |

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **9/22/09** | **20,000.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **10/31/09** | **1,400.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **12/23/09** | **5,000.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **3/12/10** | **25,000.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **4/23/10** | **25,000.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **5/13/10** | **10,000.00** | **0.00** |
| **Atul Bisaria** <br> **8402 Lookout Circle** <br> **Boca Raton, FL  33496** <br> **Insider** | **5/20/10** | **15,000.00** | **0.00** |
| **Amex FBO Atul Bisaria** | **Various dates and amounts** | **0.00** | **0.00** |

**Payments to American Express in payment of account held in the name of Atul Bisaria relating to various expenses.**

| | | | |
| --- | --- | --- | --- |
| **Dr. Kiran Patel** <br> **C/O Berger Singerman** <br> **200 South Biscayne Blvd, Suite 1000** <br> **Miami, FL  33131** <br> **NA** | | **2,900,275.00** | **3,917,729.00** |

**THIS INFORMATION IS PROVIDED FOR PURPOSES OF FULL DISCLOSURE.  AT THE TIME OF THE PAYMENTS IDENTIFIED HEREIN, DR. PATEL WAS NOT AN INSIDER.**

**Total of payments received in the 12 months prior to the petition $2,900,275 from total laons of $6,818,004.00.**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Haitian Relief** <br>**C/O Touch Heaven Ministries**<br>**1450 NW 87 Ave, Suite 210**<br>**Doral, FL  33172** | **None** | **5/14/10** | **$20,000** |

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Scott Hare, Esq.** <br>**1806 Frick Building**<br>**437 GRANT ST**<br>**PITTSBURGH, PA  15219-6101** | **9/3/10** | **15,000.00** |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

<sub>None</sub> ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **See Schedule 11** | | |

**12. Safe deposit boxes**

<sub>None</sub> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

<sub>None</sub> ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Sysco Pittsburgh** | **7/15/10** | **22,823.48** |
| **One Whitney Drive** | | |
| **Harmony, PA  16037** | | |

**14. Property held for another person**

<sub>None</sub> ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

<sub>None</sub> ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

<sub>None</sub> ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

<sub>None</sub> ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

<sub>None</sub> ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

<sub>None</sub> ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Bill Sfamenos**<br>**330 Chickasaw Ave**<br>**Pittsburgh, PA  15237** | **Current** |
| **Dominic Antoniono**<br>**106 Walnut Street**<br>**Apollo, PA  15613** | **Current** |
| **Dorothy Nolder**<br>**6617 Ohio River Blvd**<br>**Pittsburgh, PA  15202** | **Current** |
| **Mary Ann Baranowski**<br>**1100 Roup Ave**<br>**Brackenridge, PA  15014** | **Current** |
| **Luke Kerstetter**<br>**200 Elm Street, Apt 7B**<br>**Pittsburgh, PA  15225** | **Current** |
| **John Kartsonas**<br>**105 Parise Dr**<br>**Pittsburgh, PA  15221** | **Current** |
| **William Schutte**<br>**5733 Happy Hills Dr**<br>**Bethel Park, PA  15102** | **Terminated 5/8/09** |
| **Eleanor Smail**<br>**460 Kepple Rd**<br>**Leechburg, PA  15656** | **terminated 4/22/10** |
| **Tony Schipini**<br>**28 Herbst Rd**<br>**Pittsburgh, PA  15108** | **terminated 11/21/08** |
| **Crescent Hotels & Resorts**<br>**10304 EATON PLACE, SUITE 460** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**FAIRFAX, VA  22030**

**Prism Hotels And Resorts**
**13760 Noel Road, Suite 610**
**Dallas, TX  75240**

**Carbon Capital II/Blackrock**
**Financial Management, Inc.**
**R. Simons, Reed Smith 225 Fifth Ave**
**Pittsburgh, PA  15222**

**Ms. Eloisa Mascarenas**

**Steve Regan, C/O Reed Smith**

**Steve Regan, C/O Reed Smith**
**Reed Smith Centre, 225 Fifth Ave**
**Pittsburgh, PA  15222**

**Harris Mathis**
**762 Pine Chase Court**
**Wellington, FL  33414**

**Carol Ciappina**
**901 Clint Moore Road**
**Boca Raton, FL  33487**

---

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bleser & Associates**<br>**145 Open Sky Rd**<br>**Austin, TX  78737** | **Current General Audit** |
| **Louis Plung & Company LLp**<br>**4 Gateway Center**<br>**Pittsburgh, PA  15222** | **Current** |
| **Robert Heinlein, CPA**<br>**9998 NW 24th Terrace**<br>**Boca Raton, FL  33431** | **Current** |
| **Caturano And Co.**<br>**PO Box 847333**<br>**Boston, MA  02284** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Bill Sfamenos**
**330 Chickasaw Ave**
**Pittsburgh, PA  15237**

**Crescent Hotels & Resorts**
**10304 EATON PLACE, SUITE 460**
**FAIRFAX, VA  22030**

**Prism Hotels And Resorts**
**13760 Noel Road, Suite 610**
**Dallas, TX  75240**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BlackRock**<br>**53 East 52nd St**<br>**New York, NY  10055** | **as requested** |
| **KeyBank**<br>**PO Box 22114**<br>**Albany, NY  12201-2114** | **Monthly** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Interstate Hotels**<br>**10309 E Celtic Dr**<br>**Scottsdale, AZ  85260** | **10/15/09** |
| **Crescent Hotels & Resorts**<br>**10304 Eaton Place, Suite 460**<br>**Fairfax, VA  22030** | **3/14/10** |
| **PRISM Hotels & Resorts**<br>**13760 Noel Rd, Suite 610**<br>**Dallas, TX  75240** | **8/26/10** |
| **The Related Group**<br>**315 S. Biscayne Blvd**<br>**Miami, FL  33131** | **10/1/09** |
| **Black Diamond Hospitality**<br>**C/O Corporation Trust**<br>**1209 Orange St**<br>**Wilmington, DE  19801** | **7/15/10** |
| **Greenwood Hospitality**<br>**10 Natures Way**<br>**South Windsor, CT  06074** | |

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| 7/31/10 | **Dominic Antoniono/Uwe**<br>**Roehright/Carol Connolly** | **303,000 includes food, beverage and**<br>**linen** |
| 8/31/10 | **Dominic Antoniono/Uwe**<br>**Roehright** | **53,902 includes only food and**<br>**beverage** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 8/31/10 | **Bill Sfamenos**<br>**330 Chickasaw Ave**<br>**Pittsburgh, PA  15237** |
| 8/31/10 | **Dominic Antoniono**<br>**106 Walnut Street**<br>**Apollo, PA  15613** |
| 8/31/10 | **Dorothy Nolder**<br>**6617 Ohio River Blvd**<br>**Pittsburgh, PA  15202** |
| 8/31/10 | **Uwe Roehright**<br>**600 Commonwealth Place**<br>**Pittsburgh, PA  15222** |
| | **Reinanld Brewington**<br>**600 Commonwealth Place**<br>**Pittsburgh, PA  15222** |
| | **Carol Connolly**<br>**913 Harker St**<br>**Pittsburgh, PA  15220** |
| | **Julie Dwyer**<br>**366 Price St**<br>**Bovard, PA  15619** |

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.




**None ☐** b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS
See Schedule 21(B) | TITLE | NATURE AND PERCENTAGE
OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

**None ☑** a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

**None ☑** b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

**None ☐** If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT,
RELATIONSHIP TO DEBTOR
See Answer To 3(C) On Schedule 3(C) | DATE AND PURPOSE
OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION
AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

**None ☑** If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

**None ☐** If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN
See Schedule 25 | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: __11-18-10__     Signature: _____

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*
The information contained herein is based on the books and records of the hotel as maintained by the former owner and on information provided by certain employees. From March 31, 2010 to August 23, 2010 the books and records of the Debtor were maintained and kept by the secured lender's selected management company, Crescent Hotel Management, and changes were made to the balance sheet and ledgers without appropriate journal entries. Dr Patel has subpoenaed records from Crescent and has not as of yet received any responses to same, which may require modification of the information provided.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**        Case No. **10-26337-JAD**

Debtor(s)                                         (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Land & Building appraised value 9/27/2010 $54,000,000 to $66,000,000 (See Supplement Schedule "A")** | **Fee Simple** | | **54,000,000.00** | **50,791,314.37** |
| | | **TOTAL** | **54,000,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                                   Case No. **10-26337-JAD**

_____ Debtor(s)                                                      (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **House Funds** | | **26,270.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Credit Cards in Transit** | | **222,188.02** |
| | | **KeyBank - funds held** | | **195,133.71** |
| | | **KeyBank Interest Reserve** | | **576,000.00** |
| | | **KeyBank Loan Reserves (Equipment & Improvements)** | | **2,442,525.80** |
| | | **KeyBank Loan Reserves (Insurance)** | | **164,020.00** |
| | | **KeyBank Loan Reserves (Taxes)** | | **347,738.00** |
| | | **Prism Operating Account** | | **287,000.01** |
| | | **Brentwood Beer Deposit** | | **5,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Schedule B #35** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

Debtor(s)          (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R** | | **574,815.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Liability claims against Carbon Capital II/Blackrock, including, without limitation, claims for lender liability and tortious interference with business relations.** | | **unknown** |
| | | **Liability claims against Crescent Hotels and Resorts** | | **unknown** |
| | | **Liability claims against Hilton Hotels Corporation and its subsidiaries and affiliates.** | | **unknown** |
| | | **Liability claims against P J Dick, including, but not limited to, claims for construction defects.** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **PA Liquor License (intangible)** | | **25,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Contracts 7 year/Contracts 4 year [2006 - remaining life]** | | **142,877.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobiles - two passenger vans and a Toyota Sequoia SUV - Kelly Blue Book value** | | **30,565.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers** | | **9,853.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **FF&E in Plant and Room Upgrades (included in appraisal)** | | **0.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**        Case No. **10-26337-JAD**

       Debtor(s)                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | **Inventory** | | **368,466.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Construction in Progress - Property Improvement (included in appraisal)** | | **0.00** |
| | | **Green Apple Barter points - value unknown 36,767.82 points** | | **unknown** |
| | | **Prepaid Insurance (Unearned Premiums)** | | **217,585.00** |
| | | **Prepaid Taxes** | | **174,980.00** |
| | | **Seat license and tickets for Pittsburgh Steelers home games (4 seats)** | | **unknown** |
| | | | TOTAL | **5,810,016.54** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____ Case No. **10-26337-JAD**
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Carbon Capital II/Blackrock Financial Management, Inc. R. Simons, Reed Smith 225 Fifth Ave Pittsburgh, PA 15222** | X | | 8/17/07 **Substantially all of the Debtor's real and personal property from Proof of Claim**<br><br>VALUE $ **59,810,016.54** | | | X | 49,666,666.67 | |
| ACCOUNT NO.<br><br>**Central Pension Fund of Int UOE 4115 Chesapeake Street NW WASHINGTON, DC 20016** | | | **2009 US Dist Court Judgment**<br><br>VALUE $ **54,000,000.00** | | | | 114,293.00 | |
| ACCOUNT NO.<br><br>**Comm Of PA Dept Of Revenue C/O T. Lawrence Palmer, SDAG 564 Forbes Avenue Pittsburgh, PA 15219** | | | Statutory Liens for Sales Tax filed at GD-10-003922; GD-10-005425; GD-10-006599; GD-10-007008; GD-10-014464; GD-10-012326; GD-10-014689. Attorney Kamin negotiated Tax Amnesty and balance reflected is remaining claim due for all referenced Sales Tax liens per emails of Attorney General dated 7/29/10 and 8/31/10 and per telephone conversation of counsel.<br><br>VALUE $ **54,000,000.00** | | | | 43,725.23 | |
| ACCOUNT NO.<br><br>**Comm Steel C/O John R. Seeds, Meyers Roman 28601 Chagrin Blvd Cleveland, OH 44122** | | | **October 15, 2008 GD 08-21848**<br><br>VALUE $ **54,000,000.00** | | | X | 216,333.00 | |

   **2**  continuation sheets attached

<div align="right">

Subtotal
(Total of this page)   $ **50,041,017.90**   $

Total
(Use only on last page)   $   $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

</div>

IN RE **Shubh Hotels Pittsburgh, LLC**                    Case No. **10-26337-JAD**
_____                  _____
           Debtor(s)                                          (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Common Of PA Dept Of Labor & Industry<br>PO Box 60848<br>Harrisburg, PA 17106** | | | **Statutory Lien filed 7/29/2010**<br><br>VALUE $ **54,000,000.00** | | | | 34,724.28 | |
| ACCOUNT NO.<br>**Commonwealth Of PA<br>Unemployment Compensation Tax<br>PO Box 60848<br>Harrisburg, PA** | | | **7/29/10 GD-10-014085 - from proof of claim**<br><br>VALUE $ **54,000,000.00** | | | X | 35,253.69 | |
| ACCOUNT NO.<br>**HEREIU C/O Kirk Burkley, Esq<br>Bernstein Law Firm<br>707 Grant St, Suite 2200<br>Pittsburgh, PA 15219** | | | **Judgment entered at GD-09-015802 in the amount of $1,023,888.56 on 9/11/09. This claim is listed per instructions of counsel as Priority Unsecured and General Unsecured elsewhere in these Schedules.**<br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO.<br>**P J Dick Incorporated<br>225 North Shore Drive<br>PITTSBURGH, PA 15212** | | | **Proof of Claim<br>Mechanic's Lien**<br><br>VALUE $ **54,000,000.00** | | | X | 382,606.00 | |
| ACCOUNT NO.<br>**Pittsburgh Building Owners Fund<br>Tony Thompson, Meyer, Unkovic & Scott<br>535 Smithfield St<br>Pittsburgh, PA 15222** | | | **Judgment Lien**<br><br>VALUE $ **54,000,000.00** | | | | 93,059.08 | |
| ACCOUNT NO.<br>**PWSA C/O Thorp Reed<br>Elena Moran<br>One Oxford Centre, Suite 1400<br>Pittsburgh, PA 15219** | | | **from letter of counsel<br>from Proof of Claim**<br><br>VALUE $ **54,000,000.00** | | | | 57,546.49 | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **603,189.54**   $

Total
(Use only on last page)    $                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**     Case No. **10-26337-JAD**
_____
Debtor(s)               (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rush Air**<br>**1701 SINCLAIR**<br>**ST CLAIR, MI 48079** | | | **UCC filed 4/27/09 in Florida in most personal property**<br><br>VALUE $ **5,610,304.54** | | | X | **202,197.70** | |
| ACCOUNT NO.<br><br>**SYSCO FOODS OF PITTSBURGH**<br>**Suzanne DeWalt, Sherrod German Kelly**<br>**620 Liberty Avenue**<br>**PITTSBURGH, PA 15222** | | | **Lien filed 1/15/2010 Default Judgement**<br><br>VALUE $ **54,000,000.00** | | | X | **49,164.40** | |
| ACCOUNT NO.<br><br>**US Foodservice**<br>**C/O D. MCMULLIN, 564 FORBES AVE**<br>**PITTSBURGH, PA 15219** | | | **3/8/10 GD-10-001908 from Proof of Claim**<br><br>VALUE $ **54,000,000.00** | | | X | **97,942.53** | |
| ACCOUNT NO.<br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | VALUE $ | | | | | |

Sheet no. _____**2**____ of _____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **349,304.63**   $

Total (Use only on last page)   $ **50,993,512.07**   $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                                    Case No. **10-26337-JAD**
_____
Debtor(s)                                                                                                    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**  Case No. **10-26337-JAD**

Debtor(s)  (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Contributions to employee benefit plans

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carpenters Contribution Trust Account C/O Pittsburgh National Bank PO Box 640879 Pittsburgh, PA 15264-0879** | | | **August 2010** | | | | 7,655.00 | 7,655.00 | |
| ACCOUNT NO.<br>**Central Pension Fund of Intl UOE 4115 Chesapeake St NW WASHINGTON, DC 20016** | | | **10/09 to 8/10** | | | | 143,782.10 | 143,782.10 | |
| ACCOUNT NO.<br>**HEREIU c/o Kirk B. Burkley, Esq Bernstein Law Firm 707 Grant St, Suite 2200 Pittsburgh, PA 15219** | X | | **March through August 2010** | | | | 565,240.42 | 565,240.42 | |
| ACCOUNT NO.<br>**Intl Union Of Painters And Allied Trades D/O Dawn Costa, Esq. 510 Walnut St, 16F Philadelphia, PA 19106** | | | **Contingent statutory withdrawal liability under 29 USC 1301(b) from Proof of Claim #39** | X | X | | 169,843.00 | 102,360.96 | 67,482.04 |
| ACCOUNT NO.<br>**Intl Union of Painters and Allied Trades C/O Dawn M. Costa, Esq/ 510 Walnut St,16F Philadelphia, PA 19106** | | | **Contribution to employee benefit plan, from Proof of Claim #38** | | | | 9,638.41 | 3,230.37 | 6,408.04 |
| ACCOUNT NO.<br>**Operating Engineers Local 95 300 Saline St Pittsburgh, PA 15207** | | | **August 2010** | | | | 1,104.82 | 1,104.82 | |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **897,263.75** | $ **823,373.67** | $ **73,890.08**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                                         Case No. **10-26337-JAD**

Debtor(s)                                                                                            (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Opg Eng Local 95 Training Fund**<br>**300 Saline St**<br>**Pittsburgh, PA  15207** | | | August 2010 | | | | **229.34** | **229.34** | |
| ACCOUNT NO.<br>**PA Joint Board Unite Here**<br>**2116 CHESTNUT ST**<br>**PHILADELPHIA, PA  19103** | | | August 2010 | | | | **24,914.58** | **24,914.58** | |
| ACCOUNT NO.<br>**Pittsburgh Building Owners Welfare**<br>**PO Box 642610**<br>**Pittsburgh, PA  15264-2610** | | | August 2010 | | | | **51,281.00** | **51,281.00** | |
| ACCOUNT NO.<br>**Plumbers Local 27 Combined  Funds**<br>**C/O Frank M. Vaccaro & Associates**<br>**1517 Woodruff St**<br>**Pittsburgh, PA  15220** | | | August 2010 | | | | **2,975.06** | **2,975.06** | |
| ACCOUNT NO.<br>**Unite-HERE National Retirement**<br>**6 Blackstone Valley Place, Suite 302**<br>**Lincoln, RI  02865** | | | August 2010 | | | | **184,046.95** | **184,046.95** | |
| ACCOUNT NO.<br>**USW Local 12-591**<br>**902 5th St**<br>**Anacortes, WA  98221** | | | August 2010 | | | | **451.44** | **451.44** | |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **263,898.37**   $ **263,898.37**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                    Case No. **10-26337-JAD**
_____                    _____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ACHD Air Pollution Control Fund** <br> **3333 FORBES AVENUE** <br> **PITTSBURGH, PA  15213-3120** | | | **May 2010** | | | | **375.00** | **375.00** | |
| ACCOUNT NO. <br> **Allegheny County Liquor Tax** <br> **John K. Weinstein, Tax Collector** <br> **436 Grant Stette, Room 108** <br> **Pittsburgh, PA  15219** | | | **from Proof of Claim** | | | | **2,898.58** | **2,898.58** | |
| ACCOUNT NO. <br> **Allegheny County Occupancy Tax** <br> **John K. Weinstein** <br> **436 Grant Stette, Room 108** <br> **Pittsburgh, PA  15219-2497** | | | **from Proof of Claim** | | | | **118,893.21** | **118,893.21** | |
| ACCOUNT NO. <br> **City Of Pittsburgh, Dept Of Finance** <br> **414 Grant St** <br> **Pittsburgh, PA  15219** | | | **Business tax from Proof of Claim** | | | | **3,469.21** | **3,469.21** | |
| ACCOUNT NO. <br> **Commonwealth Of PA** <br> **625 Cherry Street, Room 203** <br> **Reading, PA  19602** | | | **from Proof of Claim** | | | X | **59,555.00** | **59,555.00** | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Box 21126** <br> **Philadelphia, PA  19114** | | | **from Proof of Claim** | | | | **1,483.88** | **1,483.88** | |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **186,674.88**    $ **186,674.88**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $                $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**        Case No. **10-26337-JAD**

                 Debtor(s)                                                                 (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PA Department Of Revenue** <br> **Bureau Of Business Trust Fund Taxes** <br> **PO Box 280405** <br> **Harrisburg, PA 17128-0905** | | | **August 2010** | | | | **125,713.83** | **125,713.83** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims     Subtotal (Totals of this page)    $ **125,713.83**   $ **125,713.83**   $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **1,473,550.83**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **1,399,660.75**   $ **73,890.08**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____   Case No. **10-26337-JAD**
_____
                              Debtor(s)                                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**43rd Street Concrete**<br>**One 43rd St**<br>**Pittsburgh, PA  15201** | | | **Concrete for PIP** | | | | **1,726.88** |
| ACCOUNT NO.<br><br>**A Basket Of Pittsburgh**<br>**1401 McLaughlin Run Road**<br>**Pittsburgh, PA  15241** | | | **6/21/10** | | | | **66.29** |
| ACCOUNT NO.<br><br>**A. J. Vater and Company**<br>**201 MUNSON AVE**<br>**MCKEES ROCKS, PA  15136-2719** | | | **8/10/10** | | | | **43,488.75** |
| ACCOUNT NO.<br><br>**AAA Mail Stop 2**<br>**1000 AAA Drive**<br>**Heathrow, FL  32746** | | | **August 2010** | | | | **600.00** |

_____**47**_____ continuation sheets attached

Subtotal
(Total of this page)  $  **45,881.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC
_____
Debtor(s)

Case No. **10-26337-JAD**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AB Specialties, Inc.**<br>**534 BRADDOCK AVE**<br>**TURTLE CREEK, PA 15145** | | | from Proof of Claim | | | | 11,584.00 |
| ACCOUNT NO.<br><br>**Accent Electronic Systems**<br>**26801 Old 41 Road, Suite 6**<br>**Bonita Springs, FL 34135** | | | from Proof of Claim | | | | 8,245.49 |
| ACCOUNT NO.<br><br>**Access Bookings**<br>**53A TAMWORTH ROAD**<br>**LICHFIELD,    WS14 9HG** | | | 5/9/10 | | | | 850.50 |
| ACCOUNT NO.<br><br>**Adam Petrovich & Associates, inc.**<br>**39TH & BUTLER STREETS, 19B**<br>**PITTSBURGH, PA 15201** | | | May 2010 | | | | 1,877.85 |
| ACCOUNT NO.<br><br>**Adelman Travel Group**<br>**6980 N. Port Washington Rd.**<br>**Milwaukee, WI 53217** | | | August 2010 | | | | 62.00 |
| ACCOUNT NO.<br><br>**ADP INC**<br>**PO BOX 7247-0351**<br>**PHILADELPHIA, PA 19170-0351** | | | 8/10/10, | | | | 12,770.11 |
| ACCOUNT NO.<br><br>**Advantage Fitness Products**<br>**3520 Hayden Avenue**<br>**Culver City, CA 90232** | | | May 2010 | | | | 1,686.72 |

Sheet no. _____**1**____ of _____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 37,076.67

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC     Case No. **10-26337-JAD**
_____ _____
<div align="center">Debtor(s)          (If known)</div>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Aetna Life Insurance Company** <br>151 Farmington Avenue <br>Hartford, CT 06156 | | | May 2010 | | | | 1,611.12 |
| ACCOUNT NO. <br><br>**Aetna-U23S** <br>Terisma Schoch <br>1425 Union Meeting Road <br>Blue Bell, PA 19422 | | | Employee health premiums from Proof of Claim | | | | 1,901.07 |
| ACCOUNT NO. <br><br>**Al-Anon** <br>1600 CORPORATE LANDING PARKWAY <br>VIRGINIA BEACH, VA 23454 | | | May 2010 | | | | 2,535.00 |
| ACCOUNT NO. <br><br>**Albert Uster Imports, Inc.** <br>PO Box 770 <br>GAITHERSBURG, MD 20884-0770 | | | May 2010 | | | | 183.37 |
| ACCOUNT NO. <br><br>**All Occasions Party Rental** <br>1060 Montour West Industrial Park <br>CORAOPOLIS, PA 15108 | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO. <br><br>**All Phase Electric Supply Co.** <br>407 S MAIN ST <br>PITTSBURGH, PA 15220 | | | May 2010 | | | | 65.98 |
| ACCOUNT NO. <br><br>**All Pro Signs, Inc.** <br>16921 S WESTERN AVE, BLDG 110 <br>GARDENA, CA 90247 | | | May 2010 | | | | 1,134.20 |

Sheet no. ____**2**__ of ____**47**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **7,430.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

Debtor(s)      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-lr">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**All Steam Carpet Upholstery & Tile**<br>**304 Bellonda St**<br>**Pittsburgh, PA 15211** | | | **August 2010** | | | X | 3,450.50 |
| ACCOUNT NO.<br>**Allegheny Cooking Equipment Service**<br>**PO Box 58026**<br>**PITTSBURGH, PA 15209** | | | **from Proof of Claim** | | | | 2,375.81 |
| ACCOUNT NO.<br>**Allegheny Fence Construction Co., Inc.**<br>**4301 Irvine St**<br>**Pittsburgh, PA 15207** | | | **Construction fence for PIP** | | | | 570.00 |
| ACCOUNT NO.<br>**Allen Bailey Tag & Label, Inc.**<br>**3177 Lehigh Street**<br>**Caledonia, NY 14423** | | | **7/26/10** | | | | 408.57 |
| ACCOUNT NO.<br>**Amcom Office Systems**<br>**PO Box 4**<br>**IMPERIAL, PA 15126** | | | **7/26/10** | | | | 872.05 |
| ACCOUNT NO.<br>**American Arbitration Association**<br>**1633 Broadway, 10th Floor**<br>**New York, NY 10019** | | | **August 2010** | | | | 200.00 |
| ACCOUNT NO.<br>**American Commodore Tuxedo**<br>**2030 MALL AT ROBINSON**<br>**PITTSBURGH, PA 15205** | | | **May 2010** | | | X | 0.00 |

Sheet no. **3** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,876.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Shubh Hotels Pittsburgh, LLC _____ Case No. **10-26337-JAD**
                                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Hotel Register Company**<br>**100 South Milwaukee Ave**<br>**Vernon Hills, IL 60061-4305** | | | May 2010 | | | | 3,500.00 |
| ACCOUNT NO.<br>**American Industrial Contracting**<br>**264 E BEAVER ST**<br>**SEWICKLEY, PA 15143** | | | from Proof of Claim | | | | 28,800.00 |
| ACCOUNT NO.<br>**American Physical Society**<br>**One Physics Ellipse**<br>**College Park, MD 20740** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**ANGELA ILG**<br>**33266 Redwood Blvd**<br>**Avon Lake, OH 44012** | | | May 2010 | | | | 36.00 |
| ACCOUNT NO.<br>**Ann-Lin Glaser**<br>**306 Laurel Creek Run**<br>**Moorestown, NJ 08057** | | | May 2010 | | | | 33.15 |
| ACCOUNT NO.<br>**Anne Adesso**<br>**Crescent Hotels And Resorts**<br>**10304 Eaton Place, Suie 460**<br>**Fairfax, VA 22030** | | | August 2010 | | | | 523.34 |
| ACCOUNT NO.<br>**Annual Conference Office**<br>**For Church Of The Bretheren**<br>**1451 Dundee Ave**<br>**Elgin, IL 60120** | | | from Proof of Claim | | | | 4,240.00 |

Sheet no. _____**4**___ of _____**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
             (Total of this page) | $ **37,132.49**

                                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC         Case No. **10-26337-JAD**

               Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anthony Aslanian**<br>**33 Rocha Court**<br>**Hammoninton, NJ  08037** | | | Sept 2010 | | | | 115.45 |
| ACCOUNT NO.<br>**APA Exposition Services**<br>**20 BUTLER STREET**<br>**PITTSBURGH, PA  15201** | | | August 2010 | | | | 2,482.40 |
| ACCOUNT NO.<br>**Architectural Design, Inc.**<br>**374 BOARDMAN-POLAND RD, SUITE 201**<br>**YOUNGSTOWN, OH  44512** | | | August 2010 | | | X | 9,948.07 |
| ACCOUNT NO.<br>**ASCAP**<br>**2690 Cumberland Parkway,  Suite 490**<br>**Atlanta, GA  37203** | | | September 2010 | | | | 310.00 |
| ACCOUNT NO.<br>**Astor Chocolate Corporation**<br>**651 NEW HAMPSHIRE AVENUE**<br>**LAKEWOOD, NJ  08701** | | | 3/2010 to 9/2010 | | | | 493.44 |
| ACCOUNT NO. **5340**<br>**AT&T - Bankruptcy Department**<br>**Bankruptcy Department**<br>**PO BOX 769**<br>**Arlington, TX  76004** | | | August 2010 | | | | 1,087.14 |
| ACCOUNT NO.<br>**Audio & Telecom Services**<br>**515 SAN JUAN DR**<br>**TOMS RIVER, NJ  08753** | | | May 2010 | | | | 573.04 |

Sheet no. _____**5**___ of ____**47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                    (Total of this page)    $ **15,009.54**

                                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                    Case No. **10-26337-JAD**
_____                    _____
                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AVC Wallpaper Installation<br>10017 SW 163 AVE<br>MIAMI, FL 33196 | | | May 2010 | | | | 759.00 |
| ACCOUNT NO.<br><br>Baron Industries Supply, Inc.<br>904 Old Freeport Road<br>PITTSBURGH, PA 15238 | | | August 2010 | | | | 7,750.99 |
| ACCOUNT NO.<br><br>Bearcom Wireless Worldwide<br>PO Box 200600<br>DALLAS, TX 75320-0600 | | | May 2010 | | | | 278.20 |
| ACCOUNT NO.<br><br>Best Western Parkway Center Inn<br>875 Greentree Road<br>Pittsburgh, PA 15220 | | | August 2010 from Proof of Claim | | | | 148.15 |
| ACCOUNT NO.<br><br>Bethel Park School District<br>301 Church Road<br>Bethel Park, PA 15102 | | | Refund due to cancellation of event from Proof of Claim | | | X | 1,891.50 |
| ACCOUNT NO.<br><br>Blooms Florist, LLC<br>2722 Penn Avenue<br>PITTSBURGH, PA 15222 | | | May 2010 | | | | 1,528.50 |
| ACCOUNT NO.<br><br>BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203-9717 | | | May 2010 | | | | 0.00 |

Sheet no. _____**6**__ of ____**47**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,356.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC      Case No. **10-26337-JAD**

<div align="center">Debtor(s)                 (If known)</div>

<div align="center">

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bogart Consulting** <br> **72 Tallister Court** <br> **Baltimore, MD 21237** | | | May 2010 | | | X | 3,000.00 |
| ACCOUNT NO. <br><br> **Boys & Girls Club of Chicago** <br> **64 WEST JACKSON BOULEVARD** <br> **CHICAGO, IL 60604** | | | May 2010 | | | | 906.30 |
| ACCOUNT NO. <br><br> **Boys & Girls Club of Springfield** <br> **1410 N FREMONT AVENUE** <br> **SPRINGFIELD, OH 65802** | | | May 2010 | | | | 250.80 |
| ACCOUNT NO. <br><br> **Boys & Girls Club of The Brazos Valley** <br> **PO BOX 524** <br> **BRYAN, TX 77806** | | | May 2010 | | | | 294.08 |
| ACCOUNT NO. <br><br> **Boys & Girls Club of the High-Line** <br> **PO BOX 68** <br> **HAVRE, MT 59501** | | | May 2010 | | | | 22.80 |
| ACCOUNT NO. <br><br> **BREADWORKS** <br> **2110 BRIGHTON ROAD** <br> **PITTSBURGH, PA 15212-2904** | | | 6/2010 to 9/2010 | | | | 30,372.58 |
| ACCOUNT NO. <br><br> **Brentwood Distributing Co.** <br> **1200 LEBANON ROAD** <br> **WEST MIFFLIN, PA 15122** | | | 6/2010 to 7/2010 | | | | 6,475.93 |

Sheet no. \_\_\_\_**7**\_\_ of \_\_\_\_**47**\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **41,322.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC      Case No. **10-26337-JAD**

Debtor(s)      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bryan Edelstein, C/O USW LOCAL 13423**<br>**1500 JEFFERSON DRIVE**<br>**PORT ARTHUR, TX 77642** | | | **May 2010** | | | | **105.97** |
| ACCOUNT NO.<br>**Buchanan, Ingersoll & Rooney**<br>**ONE OXFORD CENTER, 20TH FLOOR**<br>**PITTSBURGH, PA 15219-1410** | | | **5/2010 to 9/2010 from Proof of Claim** | | | | **87,714.04** |
| ACCOUNT NO.<br>**Builder's Hardware**<br>**1020 SAW MILL RUN BLVD**<br>**PITTSBURGH, PA 15220-5310** | | | **May 2010 from Proof of Claim** | | | | **848.00** |
| ACCOUNT NO.<br>**Buy Efficient**<br>**903 Calle Amanecer # 200**<br>**San Clemente, CA 92673** | | | **August 2010** | | | | **2,750.00** |
| ACCOUNT NO.<br>**C&L Mechanical**<br>**2213 BROWNSVILLE RD**<br>**PITTSBURGH, PA 15210** | | | **May 2010** | | | | **8,681.20** |
| ACCOUNT NO.<br>**C&M Installations, Inc.**<br>**5830 Rogers Circle, Suite 28**<br>**Boca Raton, FL 33487** | | | **from Proof of Claim** | | | X | **216,000.00** |
| ACCOUNT NO.<br>**Campione Landscaping Co., Inc.**<br>**6375 Caton St**<br>**PITTSBURGH, PA 15217** | | | **May 2010** | | | X | **5,535.00** |

Sheet no. _____**8**_ of ____**47**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **321,634.21**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC _____ Case No. **10-26337-JAD**
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Canvas Deluxe** <br> **1000 EAST WILLIAM STREET, SUITE 204** <br> **CARSON CITY, NV  89701** | | | **May 2010** | | | | 1,680.00 |
| ACCOUNT NO. <br><br> **Carlos Bustamante** <br> **3871 JUNCTION** <br> **DETROIT, MI  48210** | | | **May 2010** | | | | 7,150.00 |
| ACCOUNT NO. <br><br> **Cass Incorporated** <br> **217 FOURTH AVENUE** <br> **PITTSBURGH, PA  15222** | | | **May 2010** | | | X | 0.00 |
| ACCOUNT NO. <br><br> **Castelle** <br> **855 Jarvis, Suite 100** <br> **Morgan Hill, CA  95037** | | | **May 2010** | | | X | 1,695.00 |
| ACCOUNT NO. <br><br> **Caturano And Co.** <br> **PO Box 847333** <br> **Boston, MA  02284** | | | **August 2010** | | | X | 62,910.68 |
| ACCOUNT NO. <br><br> **CCBC Eastern Great Lakes** <br> **2329 PAYSPHERE CIRCLE** <br> **CHICAGO, IL  60674-2329** | | | **May 2010** | | | | 4,007.35 |
| ACCOUNT NO. <br><br> **Center Cleaners** <br> **11055 PARKER DRIVE** <br> **NORTH HUNTINGDON, PA  15642** | | | **May 2010** | | | | 2,675.00 |

Sheet no. ____**9**__ of ____**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **80,118.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC _____ Case No. **10-26337-JAD**
                     Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Security Services**<br>**301 GRANT ST, SUITE 4500**<br>**PITTSBURGH, PA  15219** | | | **May 2010** | | | X | 0.00 |
| ACCOUNT NO.<br>**CHARLEE GLENN**<br>**3412 Telgraph Station Loop**<br>**Dumphries, VA  22026** | | | **May 2010** | | | | 90.00 |
| ACCOUNT NO.<br>**Chester Pool Systems, Inc.**<br>**5311 FOUNDATION BLVD**<br>**NEW ALBANY, IN  47150** | | | **May 2010** | | | | 107,370.00 |
| ACCOUNT NO.<br>**Chocolates A LA Carte**<br>**PO BOX 80026**<br>**CITY OF INDUSTRY, CA  91716-8026** | | | **May 2010** | | | X | 86.54 |
| ACCOUNT NO.<br>**CINTAS CORPORATION #013**<br>**97627 EAGLE WAY**<br>**CHICAGO, IL  60678-9760** | | | **May 2010** | | | X | 1,176.06 |
| ACCOUNT NO.<br>**Citiwide Chem-Dry**<br>**1236 BIG SEWICKLEY CREEK ROAD**<br>**SEWICKLEY, PA  15143-8693** | | | **5/17/10** | | | | 507.60 |
| ACCOUNT NO.<br>**CITY OF PITTSBURGH POLICE, C/O DEPT OF L**<br>**414 GRANT ST**<br>**PITTSBURGH, PA  15219** | | | **10/28/08 to 2/8/2009 Police extra duty from letter of Pittsburgh Dept of Law** | | | | 15,059.10 |

Sheet no. ____**10**___ of ___**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **124,289.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                         Case No. **10-26337-JAD**
_____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CLASSIC LIMOUSINE LLC**<br>**1001 THIRD AVENUE**<br>**CORAOPOLIS, PA 15108** | | | 7/2010 | | | | 453.60 |
| ACCOUNT NO.<br>**Classic Travel & Tours, Inc.**<br>**795-16 PINE VALLEY DRIVE**<br>**PITTSBURGH, PA 15239** | | | May 2010 | | | | 3,988.60 |
| ACCOUNT NO.<br>**CleanCare Smart Linen**<br>**51ST & AVRR**<br>**PITTSBURGH, PA 15201** | | | June/July 2010 | | | | 153,462.41 |
| ACCOUNT NO.<br>**Coca-Cola USA**<br>**PO BOX 102499**<br>**ATLANTA, GA 30368** | | | 3/2010 to 9/2010 | | | X | 22,837.30 |
| ACCOUNT NO.<br>**Comcast**<br>**PO BOX 3001**<br>**SOUTHEASTERN, PA 19398-3001** | | | August 2010 | | | | 344.63 |
| ACCOUNT NO.<br>**Concentra Medical Centers**<br>**PO Box 8750**<br>**Elk Ridge, MD 21075-8750** | | | May through August 2010 | | | | 348.00 |
| ACCOUNT NO.<br>**Connie Duglin Specialty Chair Co**<br>**PO BOX 271983**<br>**TAMPA, FL 33688** | | | May 2010 | | | | 1,045.10 |

Sheet no. __**11**__ of __**47**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **182,479.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                    Case No. **10-26337-JAD**
_____
Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Consortium Tours of North America** <br> **244 FIFTH AVENUE** <br> **NEW YORK, NY 10001** | | | **May 2010** | | | X | **0.00** |
| ACCOUNT NO. <br> **Constellation New Energy, Inc.** <br> **PO BOX 414578** <br> **BOSTON, MA 02241-4578** | | | **August 2010** | | | X | **67,006.51** |
| ACCOUNT NO. <br> **Contract Purchasing And Design Inc.** <br> **6530 Rogers Circle, Suite 28** <br> **Boca Raton, FL 33487** | | | **from Proof of Claim** | | | X | **316,000.00** |
| ACCOUNT NO. <br> **CPR Simplicity LLC** <br> **4790 KING ROAD** <br> **ALLISON PARK, PA 15101** | | | **from Proof of Claim** | | | | **640.00** |
| ACCOUNT NO. <br> **Craig Distributing Co.** <br> **313 N CRAIG ST** <br> **PITTSBURGH, PA 15213** | | | **May 2010** | | | | **2,127.97** |
| ACCOUNT NO. <br> **Creative Sign Solutions, Inc.** <br> **2117 HILLSHIRE CIRCLE #101** <br> **BARTLETT, TN 38133** | | | **May 2010** | | | | **4,410.00** |
| ACCOUNT NO. <br> **Crescent Hotels & Resorts** <br> **10304 EATON PLACE, SUITE 460** <br> **FAIRFAX, VA 22030** | | | **2010** <br> **This is for management fees/intercompany costs.** | | | X | **194,421.61** |

Sheet no. _____ **12** of _____ **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **584,606.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Shubh Hotels Pittsburgh, LLC            Case No. **10-26337-JAD**

                          Debtor(s)                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crescent Hotels & Resorts**<br>**10304 EATON PLACE, SUITE 460**<br>**FAIRFAX, VA 22030** | | | **Loan for operations - exact source of funds disputed.** | | | X | 500,000.00 |
| ACCOUNT NO.<br>**Cuisine Solutions**<br>**2800 EISENHOWER AVE, SUITE 450**<br>**ALEXANDRIA, VA 22314** | | | **July 2010** | | | | 1,531.04 |
| ACCOUNT NO.<br>**Cvent, Inc.**<br>**8180 GREENSBORO DR**<br>**MCLEAN, VA 22102** | | | **6/30/10** | | | | 819.00 |
| ACCOUNT NO.<br>**D.H. Bertenthal and Sons**<br>**PO BOX 13527**<br>**PITTSBURGH, PA 15243** | | | **March 2010 to July 2010** | | | | 3,192.65 |
| ACCOUNT NO.<br>**Datanamics**<br>**140 North Stephanie St**<br>**Henderson, NV 89074** | | | **May 2010** | | | X | 5,842.50 |
| ACCOUNT NO.<br>**DAVID GREEN ORGANIZATION, INC.**<br>**3250 NE First Ave, Suite 305**<br>**Miami, FL 60610** | | | **7/12/10** | | | | 28.96 |
| ACCOUNT NO.<br>**Davis Vision**<br>**175 EXPRESS ST, PO BOX 9122**<br>**PLAINVIEW, NY 11803** | | | **May 2010** | | | | 422.66 |

Sheet no. ____**13**____ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal                $ **511,836.81**
       (Total of this page)

                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**
_____
Debtor(s)

Case No. **10-26337-JAD**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Design Space LLC**<br>**5746 BAUM BLVD, 3RD FLOOR**<br>**PITTSBURGH, PA 15206** | | | May 2010 | | | | 2,941.97 |
| ACCOUNT NO.<br>**Dish Network**<br>**DEPT 0063**<br>**PALATINE, IL 60055-0063** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Double Tree Hotel**<br>**ONE BIGELOW SQUARE**<br>**PITTSBURGH, PA 15219** | | | 7/7/10 | | | | 406.98 |
| ACCOUNT NO.<br>**Duquesne Light Company**<br>**C/O Jillian Nolan, Esq., Bernstein Law**<br>**Gulf Tower, Suite 2200**<br>**PITTSBURGH, PA 15219** | | | from Proof of Claim | | | | 8,263.69 |
| ACCOUNT NO.<br>**Ecolab Institutional**<br>**PO BOX 6007**<br>**GRAND FORKS, ND 58206-6007** | | | from Proof of Claim | | | | 5,867.00 |
| ACCOUNT NO.<br>**Ecolab Pest Elimination**<br>**PO BOX 9658**<br>**MINNEAPOLIS, MN 55440** | | | June 2010 | | | | 5,360.01 |
| ACCOUNT NO.<br>**Ecosure**<br>**PO BOX 6009**<br>**GRAND FORKS, ND 58206-6009** | | | May 2010 | | | X | 0.00 |

Sheet no. _____**14**_____ of _____**47**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,839.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC       Case No. **10-26337-JAD**

<div style="text-align:center">Debtor(s)       (If known)</div>

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Edward Don & Company**<br>**2500 S. Harlem Avenue**<br>**North Riverside, IL  60546** | | | **August 2010** | | | | 3,029.58 |
| ACCOUNT NO.<br><br>**Electronic Forms Plus, Inc.**<br>**43397 BUSINESS PARK DR, D-1**<br>**TEMECULA, CA  92590** | | | **5/5/10** | | | | 1,685.41 |
| ACCOUNT NO.<br><br>**Eleven Wireless, Inc.**<br>**DEPT CH 19284**<br>**PALATINE, IL  60055-9284** | | | **8/1/10** | | | | 584.28 |
| ACCOUNT NO.<br><br>**Environmental Air, Inc.**<br>**1100 MCCARTNEY ST**<br>**PITTSBURGH, PA  15220-4625** | | | **May 2010** | | | | 2,432.50 |
| ACCOUNT NO.<br><br>**Equitable Energy**<br>**625 LIBERTY AVENUE**<br>**PITTSBURGH, PA  15222-3110** | | | **8/7/10** | | | | 184.23 |
| ACCOUNT NO.<br><br>**Equitable Gas**<br>**PO BOX 371820**<br>**PITTSBURGH, PA  15250-7820** | | | **6/4/10** | | | | 18,637.00 |
| ACCOUNT NO.<br><br>**Event Source**<br>**6001 Towpath Drive**<br>**Cleveland, OH  44125** | | | **August 2010** | | | X | 1,796.37 |

Sheet no. _____**15**___ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **28,349.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

**IN RE** Shubh Hotels Pittsburgh, LLC        Case No. **10-26337-JAD**
<br>
Debtor(s)                                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Express Personnel Services**<br>**PO BOX 730039**<br>**DALLAS, TX 75373-0039** | | | May 2010 | | | | 1,877.30 |
| ACCOUNT NO.<br><br>**Faber Coe & Gregg of Pennsylvania, Inc.**<br>**HILTON TOWERS**<br>**PITTSBURGH, PA 15222** | | | May 2010 and June 2010 | | | | 929.12 |
| ACCOUNT NO.<br><br>**FedEx**<br>**210 GRANT ST**<br>**PITTSBURGH, PA 15219-2116** | | | June and July 2010 | | | X | 105.61 |
| ACCOUNT NO.<br><br>**Fenoglietto's**<br>**2955 LEECHBURG RD**<br>**LOWER BURRELL, PA 15068** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Filtech**<br>**221 W EIGHTH AVE**<br>**W HOMESTEAD, PA 15120** | | | 4/9/10 | | | | 266.43 |
| ACCOUNT NO.<br><br>**Filter Service & Installation, Inc.**<br>**110 CHESWICK AVE**<br>**CHESWICK, PA 15024-1354** | | | April - August 2010 | | | | 1,973.00 |
| ACCOUNT NO.<br><br>**Five Star Ventures, LLC**<br>**29 CRAFTS ST, SUITE 570**<br>**NEWTON, MA 02458** | | | March and April 2010 | | | | 526.25 |

Sheet no. **16** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **5,677.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                    Case No. **10-26337-JAD**
_____                    _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fleet Services**<br>**PO BOX 6293**<br>**CAROL STREAM, IL  60197-6293** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**Fortessa, Inc.**<br>**22601 DAVIS DR**<br>**STERLING, VA  20164** | | | July-August 2010 | | | | 2,255.00 |
| ACCOUNT NO.<br>**Frosch**<br>**1100 HORIZON CIRCLE, SUITE 101**<br>**CHALFONT, PA  18914** | | | May 2010 | | | | 2,714.10 |
| ACCOUNT NO.<br>**Fudgie Wudgie Fudge & Chocolate**<br>**2306 PENN AVENUE**<br>**PITTSBURGH, PA  15222** | | | 4/15/10 | | | | 108.00 |
| ACCOUNT NO.<br>**Future Aids**<br>**2190 DOLPHIN CRESCENT**<br>**ABBOTSFORD,    V2T 3T1** | | | 5/20/10 | | | | 24.90 |
| ACCOUNT NO.<br>**Garratt-Callahan Company**<br>**50 Ingold Road**<br>**Burlingame, CA  94010** | | | from Proof of Claim | | | | 2,148.56 |
| ACCOUNT NO.<br>**Garrow Bros Draft Service**<br>**PO BOX 182**<br>**GREENSBURG, PA  15601** | | | May, June, July 2010 | | | | 322.97 |

Sheet no. _____ **17** of _____ **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **7,573.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC           Case No. **10-26337-JAD**

                 Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**GE Capital**<br>**PO BOX 642333**<br>**PITTSBURGH, PA 15264-2333** | | | **July - August 2010** | | | | **5,625.04** |
| ACCOUNT NO. <br><br>**Gidas Flowers**<br>**3719 FORBES AVE**<br>**PITTSBURGH, PA 15213** | | | **May 2010** | | | | **506.09** |
| ACCOUNT NO. <br><br>**Goldberg, Kamin & Garvin**<br>**437 GRANT ST, 18TH FLOOR**<br>**PITTSBURGH, PA 15219-6101** | | | **2009-2010** | | | X | **15,268.27** |
| ACCOUNT NO. <br><br>**Graphic Controls, LLC**<br>**PO BOX 1271**<br>**BUFFALO, NY 14240** | | | **from Proof of Claim** | | | | **174.87** |
| ACCOUNT NO. <br><br>**Greater Pittsburgh Hotel Association**<br>**8256 University Boulevard**<br>**MOON TWP, PA 15108** | | | **May 2010** | | | | **1,100.00** |
| ACCOUNT NO. <br><br>**Green Apple Barter**<br>**PO Box 101131**<br>**Pittsburgh, PA 15237** | | | | | | | **4,329.69** |
| ACCOUNT NO. <br><br>**H D Supply Facilities Maintenance**<br>**PO BOX 509058**<br>**SAN DIEGO, CA 92150-9058** | | | **5/17/10** | | | | **580.87** |

Sheet no. _____ **18** of _____ **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal                                        
(Total of this page)   $ **27,584.83**

                                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**          Case No. **10-26337-JAD**

Debtor(s)         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **H. H. Seiferth Signs** <br> **2800 Smallman Street** <br> **Pittsburgh, PA  15222** | | | **August 2010** | | | | **556.40** |
| ACCOUNT NO. <br> **Hampton Inn** <br> **555 TRUMBULL DR** <br> **PITTSBURGH, PA  15205** | | | **from Proof of Claim** | | | | **2,170.56** |
| ACCOUNT NO. <br> **Harold G. Jones Co.** <br> **201 JOHNSON RD, SUITE 204** <br> **HOUSTON, PA  15342** | | | **3/2/10** | | | | **72.64** |
| ACCOUNT NO. <br> **Harris Mathis** <br> **762 Pine Chase Court** <br> **Wellington, FL  33414** | | | **May 2010** | | | X | **4,167.16** |
| ACCOUNT NO. <br> **Hasick Construction Group, Inc.** <br> **5143 - B 27th Avenue South** <br> **Gulfport, FL  33707** | | | **June - Sept 2010** | | | X | **6,811.98** |
| ACCOUNT NO. <br> **Health Hope Network** <br> **TWO PARKWAY CENTER, SUITE 101** <br> **PITTSBURGH, PA  15220** | | | **May 2010** | | | X | **0.00** |
| ACCOUNT NO. <br> **HelmsBriscoe** <br> **20875 North 90th Place** <br> **Scottsdale, AZ  85255** | | | **from Proof of Claim** | | | | **10,094.80** |

Sheet no. _____ **19** of _____ **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **23,873.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**
<div style="text-align:center">Debtor(s)      (If known)</div>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hepatica**<br>**1119 S BRADDOCK AVE**<br>**PITTSBURGH, PA 15218** | | | **4/24/10** | | | | **63.13** |
| ACCOUNT NO.<br>**HEREIU C/O Kirk Burkley, Esq**<br>**Bernstein Law Firm**<br>**707 Grant St, Suite 2200**<br>**Pittsburgh, PA 15219** | | | **Per emaill from counsel dated 11/17/10** | | | | **683,911.78** |
| ACCOUNT NO.<br>**Hertz Gateway Center**<br>**C/O George Cheever**<br>**210 Sixth Avenue, K&L Gates Ctr**<br>**Pittsburgh, PA 15222** | | | **from Proof of Claim, subject to reduction by payment of post-petition security deposit** | | | | **205,349.85** |
| ACCOUNT NO.<br>**Highmark Blue Shield**<br>**FIFTH AVE PLACE, SUITE 2323**<br>**PITTSBURGH, PA 15222** | | | **from Proof of Claim** | | | | **33,204.09** |
| ACCOUNT NO.<br>**Hilton Hotels Corporation**<br>**4649 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674-4649** | | | **Alleged monthly royalty and program fees per Satterlee Affidavit.**<br>**Subject to set off pursuant to Debtor's claims.**<br>**Subject to Setoff** | X | X | X | **484,124.19** |
| ACCOUNT NO.<br>**Hilton Hotels Corporation**<br>**4649 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674-4649** | | | **Alleged liquidated damages per Satterlee Affidavit.**<br>**Subject to set off pursuant to Debtor's claims.**<br>**Subject to Setoff** | X | X | X | **4,301,018.67** |
| ACCOUNT NO.<br>**Holiday Inn Express Hotel**<br>**20 S TENTH ST**<br>**PITTSBURGH, PA 15203** | | | **May 2010** | | | X | **6,840.92** |

Sheet no. ____**20**___ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">
Subtotal<br>
(Total of this page)   $ <b>5,714,512.63</b><br><br>
Total<br>
(Use only on last page of the completed Schedule F. Report also on<br>
the Summary of Schedules, and if applicable, on the Statistical<br>
Summary of Certain Liabilities and Related Data.)   $
</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC          Case No. **10-26337-JAD**
<br>
Debtor(s)         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Holiday Inn Pittsburgh Central**<br>**401 HOLIDAY DR**<br>**PITTSBURGH, PA** | | | **May 2010** | | | X | 9,801.07 |
| ACCOUNT NO.<br>**HOTEL CREDIT ASSOCIATION**<br>**PO BOX 459**<br>**GRAFTON, IL  62037** | | | **May - August 2010** | | | | 91.00 |
| ACCOUNT NO.<br>**Hotel Reservation Service**<br>**4649 Paysphere Circle**<br>**Chicago, IL  60674** | | | **August 2010** | | | | 71.70 |
| ACCOUNT NO.<br>**IMI Data Search, Inc.**<br>**275 E HILLCREST, SUITE 102**<br>**THOUSAND OAKS, CA  91360** | | | **February and March 2010** | | | | 321.00 |
| ACCOUNT NO.<br>**Independence Communications, Inc.**<br>**PO BOX 7519**<br>**PHILADELPHIA, PA  19101-7519** | | | **April and July 2010** | | | | 528.50 |
| ACCOUNT NO.<br>**Industry Color Printing, Inc.**<br>**14303 E PROCTOR AVE**<br>**INDUSTRY, CA  91746** | | | **2009-2010** | | | | 731.52 |
| ACCOUNT NO.<br>**Information Systems Development**<br>**655  NW 158 LANE**<br>**HOLLYWOOD, FL  33028** | | | **May 2010** | | | X | 800.00 |

Sheet no. _____**21**___ of ____**47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,344.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                    Case No. **10-26337-JAD**
_____                    _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Inspection & Valuation International**<br>**55 West Red Oak Lane**<br>**WHITE PLAINS, NY 10604** | | | from Proof of Claim | | | | 3,144.55 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Box 21126**<br>**Philadelphia, PA 19114** | | | from Proof of Claim | | | | 2,012.40 |
| ACCOUNT NO.<br>**International Business Machines**<br>**PO BOX 643600**<br>**PITTSBURGH, PA 15264-3600** | | | May 2010 | | | | 21,311.90 |
| ACCOUNT NO.<br>**International Nortel Networks**<br>**401 N MICHIGAN AVE, SUITE 2200**<br>**CHICAGO, IL 60611** | | | May 2010 | | | | 4,829.07 |
| ACCOUNT NO.<br>**INTERPARK**<br>**625 STANWIX ST**<br>**PITTSBURGH, PA 15222** | | | June - August 2010 | | | | 4,202.50 |
| ACCOUNT NO.<br>**Iris Company**<br>**901 Park Road**<br>**Fleetwood, PA 19522** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**Jackson Welding Supply Co., Inc.**<br>**1421 WEST CARSON ST**<br>**PITTSBURGH, PA 15219** | | | May - August 2010 | | | | 672.64 |

Sheet no. _____**22**___ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,173.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                      Case No. **10-26337-JAD**
_____                    _____
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jan Horn** <br> **529 LAKEMEAD WAY** <br> **REDWOOD CITY, CA 94062** | | | **May 2010** | | | | 126.54 |
| ACCOUNT NO. <br><br> **Jerry Collins** <br> **145 DORCHESTER DR** <br> **EAST WINDSOR, NJ 08520** | | | **May 2010** | | | | 58.84 |
| ACCOUNT NO. <br><br> **Jerry Taggart** <br> **400 Hickory Hollow Rd** <br> **Somerset, PA 15501** | | | **May 2010** | | | | 87.51 |
| ACCOUNT NO. <br><br> **Joe Belan** <br> **1285 SNEE DRIVE** <br> **PITTSBURGH, PA 15236** | | | **from Proof of Claim** | | | | 1,150.00 |
| ACCOUNT NO. <br><br> **John V. Heineman Company** <br> **151 39TH ST** <br> **PITTSBURGH, PA 15201** | | | **May 2010** | | | | 1,906.11 |
| ACCOUNT NO. <br><br> **Johnson Diversey Inc.** <br> **Brian Ferber, Inc.** <br> **5611 Fallbrook Avenue** <br> **Woodland Hills, CA 91367** | | | **February 2010** | | | X | 906.00 |
| ACCOUNT NO. <br><br> **Joint Chemical Group, PPG INDUSTRIES** <br> **MICHAEL MARKUN, ONE PPG PLACE** <br> **PITTSBURGH, PA 15272** | | | **May 2010** | | | | 1,995.00 |

Sheet no. ___**23**___ of ___**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,230.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____  Case No. **10-26337-JAD**
                                                Debtor(s)                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Justin Glier<br>8S.R. Court<br>Morgantown, WV  26505** | | | **May 2010** | | | | **80.00** |
| ACCOUNT NO.<br>**Kelly Marble & Painting, Inc.<br>3512 EAST 8TH AVENUE<br>HIALEAH, FL  33013** | | | **May 2010** | | | | **1,530.00** |
| ACCOUNT NO.<br>**Kenn Cortese<br>629 Garfield St<br>Springdale, PA  15144** | | | **6/22/10** | | | | **0.00** |
| ACCOUNT NO.<br>**Kenneth Seenker<br>140 Wilson St, #2<br>Middletown, PA  17057** | | | **August 2010** | | | | **33.00** |
| ACCOUNT NO.<br>**Keswick Creamery<br>114 LESHER RD<br>NEWBURG, PA  17240** | | | **5/16/10** | | | | **145.86** |
| ACCOUNT NO.<br>**Keystone Electrical Systems, Inc.<br>C/O Brandon Coneby<br>Brandon Coneby, 301 GRANT ST<br>PITTSBURGH, PA  15219** | | | **Sept 2009** | | | | **0.00** |
| ACCOUNT NO.<br>**Kiran Patel, MD<br>C/O Berger Singerman<br>200 South Biscayne Blvd, Suite 1000<br>Miami, FL  33131** | | | **Money loaned** | | | | **3,917,729.00** |

Sheet no. _____ **24** of _____ **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,919,517.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC    Case No. **10-26337-JAD**
<div align="center">Debtor(s)         (If known)</div>

<div align="center">

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Knickerbocker Russell Co., Inc.**<br>**4759 CAMPBELLS RUN RD**<br>**PITTSBURGH, PA 15205** | | | May 2010 | | | | 1,944.19 |
| ACCOUNT NO.<br>**Koch Filter Corporation**<br>**PO BOX 3186**<br>**LOUISVILLE, KY 40201-3186** | | | June 2010 | | | | 4,094.25 |
| ACCOUNT NO.<br>**Koonse Food Equipment Service, Inc.**<br>**5510 BROWNSVILLE RD**<br>**PITTSBURGH, PA 15236=2910** | | | 5/27/10 | | | | 510.27 |
| ACCOUNT NO.<br>**Kreiser Distributing Co., Inc.**<br>**13800 ROUTE 30**<br>**IRWIN, PA 15642** | | | May 2010 | | | | 2,920.30 |
| ACCOUNT NO.<br>**Krueger Event Management**<br>**72 WINTERBROOK DR**<br>**CRANBERRY TWP, PA 16066** | | | 7/6/10 | | | | 99.00 |
| ACCOUNT NO.<br>**Kubicki Draper**<br>**25 W FLAGLER ST PH**<br>**MIAMI, FL 33130-1712** | | | May 2010 | | | X | 31,196.53 |
| ACCOUNT NO.<br>**Leger & Ball, PC**<br>**330 GRANT ST, SUITE 3100**<br>**PITTSBURGH, PA 15219** | | | May 2010 | | | | 6,346.25 |

Sheet no. **25** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,110.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC          Case No. **10-26337-JAD**

                 Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lendable Linens**<br>**3253G OLD FRANKSTOWN RD**<br>**PITTSBURGH, PA 15239** | | | **4/6/10** | | | | **470.80** |
| ACCOUNT NO.<br>**Lexyl Travel Technologies, Inc.**<br>**777 S Flager Dr, Ste 800, West Tower**<br>**West Palm Beach, FL 33401** | | | **August 2010** | | | | **25.80** |
| ACCOUNT NO.<br>**LISA ADAMS, C/O PETER FRIDAY, ESQ.**<br>**3220 WEST LIBERTY AVE, SUITE 220**<br>**PITTSBURGH, PA 15222** | | | **May 2010** | | | X | **0.00** |
| ACCOUNT NO.<br>**Litman, Gerson LLP**<br>**500 W CUMMINGS PARK, SUITE 4900**<br>**WOBURN, MA 01801** | | | **May 2010** | | | | **29,000.00** |
| ACCOUNT NO.<br>**Lodgenet Interactive Corporation**<br>**PO BOX 952141**<br>**ST LOUIS, MO 63195-2141** | | | **UCC filed 7/20/09 in Florida claiming lien in Lodgenet cable tv equipment**<br>**from Proof of Claim** | | | | **16,477.09** |
| ACCOUNT NO.<br>**Louis Plung & Company LLP**<br>**4 GATEWAY CENTER, 9TH FLOOR**<br>**PITTSBURGH, PA 15222** | | | **May 2010** | | | X | **20,291.25** |
| ACCOUNT NO.<br>**Lutron Service**<br>**7200 SUTTER RD**<br>**COOPERSBURG, PA 18036** | | | **May 2010** | | | | **600.00** |

Sheet no. _____**26**_____ of _____**47**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                               (Total of this page) $ **66,864.94**

                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC       Case No. **10-26337-JAD**

<div style="text-align:center">Debtor(s)                                         (If known)</div>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**M3 Accounting Services, Inc.**<br>**800 Jesse Jewell Parkway SW**<br>**Gainesville, GA 30501** | | | **August 2010** | | | | **400.00** |
| ACCOUNT NO.<br><br>**MAC Construction LLC**<br>**1450 Northwest 87th Avenue**<br>**Doral, FL 33172** | | | **Jan-Aug 2010** | | | | **484,571.63** |
| ACCOUNT NO.<br><br>**Mainstreet Bank, fka The Leasing Experts**<br>**Michael D'Aries, Esq**<br>**350 Fifth Ave, Suite 2826**<br>**New York, NY 10118** | | | **July-August 2010 - Balance obtained from Motion for Relief from Stay** | | | | **86,100.76** |
| ACCOUNT NO.<br><br>**Maintenance USA**<br>**PO BOX 404295**<br>**ATLANTA, GA 30384-4295** | | | **May 2010** | | | | **3,942.31** |
| ACCOUNT NO.<br><br>**Mariani & Richards, Inc.**<br>**2800 LIBRARY RD**<br>**PITTSBURGH, PA 15234** | | | **May 2010** | | | | **11,512.50** |
| ACCOUNT NO.<br><br>**Masterwork Paint & Decorating Co.**<br>**5739 Centre Avenue**<br>**PITTSBURGH, PA 15206** | | | **May-August 2010** | | | | **14,674.25** |
| ACCOUNT NO.<br><br>**Mastro Ice, Inc.**<br>**835 HERRON AVE**<br>**PITTSBURGH, PA 15219** | | | **July 2010** | | | | **312.50** |

Sheet no. \_\_\_\_**27**\_\_\_ of \_\_\_\_**47**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page)   $   <b>601,513.95</b></div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                                    Case No. **10-26337-JAD**
_____                    _____
                                Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**McIlvried, Didiano & Mox, LLC**<br>**8851 KIND DR**<br>**PITTSBURGH, PA  15237** | | | May 2010 | | | | 1,125.00 |
| ACCOUNT NO.<br><br>**Mediterra Bakehouse**<br>**801 PARKWAY VIEW DR #8**<br>**PITTSBURGH, PA  15205-1416** | | | May 2010 | | | | 324.20 |
| ACCOUNT NO.<br><br>**Meeting Assistance, Inc.**<br>**235 W JEFFERSON**<br>**NAPERVILLE, IL  60540** | | | May 2010 | | | | 3,915.10 |
| ACCOUNT NO.<br><br>**Meetings Plus**<br>**3406 CASILEAR RD**<br>**FALLS CHURCH, VA  22042** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br><br>**MICHAEL'S FINER MEATS & SEAFOOD**<br>**C/O Randal Robinson, Esq.**<br>**601 South High Street**<br>**COLUMBUS, OH  43215** | | | from Proof of Claim | | | | 35,241.79 |
| ACCOUNT NO.<br><br>**Michaels Textile Co., Inc.**<br>**225 HINTON ST**<br>**PETERSBURG, VA  23803** | | | May 2010 | | | | 363.34 |
| ACCOUNT NO.<br><br>**Midwest Metal Construction, LLC**<br>**4162 Pine Grove**<br>**Fort Gratiot, MI  48059** | | | October 2008 | | | | 21,095.00 |

Sheet no. _____**28**___ of ____**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **62,064.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____  Case No. **10-26337-JAD**
  Debtor(s)  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Miho Kim** <br> **1904 Franklin St, Suite 900** <br> **Oakland, CA 94612** | | | 6/17/10 | | | | 242.11 |
| ACCOUNT NO. <br> **Modern Reproductions, Inc.** <br> **127 MCKEAN ST** <br> **PITTSBURGH, PA 15219** | | | March-August 2010 | | | | 330.12 |
| ACCOUNT NO. <br> **Murray Avenue Kosher, Inc.** <br> **1916 MURRAY AVENUE** <br> **PITTSBURGH, PA 15217** | | | June 2010 | | | | 417.41 |
| ACCOUNT NO. <br> **National Elevator Inspection Services** <br> **10855 METRO COURT, SUITE B** <br> **ST LOUIS, MO 63043** | | | 4/15/10 | | | X | 1,193.00 |
| ACCOUNT NO. <br> **National Kidney Foundation** <br> **700 Fifth Avenue, #4** <br> **Pittsburgh, PA 15219** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **National Telecom Services** <br> **520 BROAD ST** <br> **NEWARK, NJ 07102** | | | May 2010 | | | | 917.53 |
| ACCOUNT NO. <br> **NESTLE DSD** <br> **3852 Collection Center Dr** <br> **Chicago, IL 60693** | | | May 2010 | | | | 110.40 |

Sheet no. __29__ of __47__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **3,210.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                    Case No. **10-26337-JAD**
_____          _____
                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Network Parking**<br>**301 W STATION SQUARE DR**<br>**PITTSBURGH, PA 15219** | | | May 2010 | | | | 1,800.00 |
| ACCOUNT NO.<br>**New Tech Industries, Inc.**<br>**5000 OAKES RD, SUITE A**<br>**DAVIE, FL 33314** | | | August 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**NOR1, Inc.**<br>**440 N WOLFE RD, MS 012**<br>**SUNNYVALE, CA 94085** | | | May - August 2010 | | | | 5,541.40 |
| ACCOUNT NO. **0470**<br>**NUCO2 LLC**<br>**2800 SE Market Place**<br>**STUART, FL 34995** | | | April through July 2010 from Proof of Claim | | | | 536.27 |
| ACCOUNT NO.<br>**Office Depot**<br>**PO BOX 633211**<br>**CINCINNATI, OH 45263-3211** | | | May 2010 | | | X | 11,263.67 |
| ACCOUNT NO.<br>**OMNI WILLIAM PENN HOTEL**<br>**530 William Penn Place**<br>**Pittsburgh, PA 15219** | | | May 2010 | | | | 452.19 |
| ACCOUNT NO.<br>**Orion**<br>**270 JENCKES HILL RD**<br>**SMITHFIELD, RI 02917** | | | from letter dated 10/20/10 | | | | 4,725.00 |

Sheet no. _____**30**___ of _____**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,318.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Shubh Hotels Pittsburgh, LLC**                                    Case No. **10-26337-JAD**
_____                          _____
                          Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**OTIS ELEVATOR COMPANY**<br>**50 13TH ST**<br>**PITTSBURGH, PA 15222** | | | **from Proof of Claim** | | | | **37,058.00** |
| ACCOUNT NO.<br><br>**P J Dick Incorporated**<br>**225 North Shore Drive**<br>**PITTSBURGH, PA 15212** | | | **from Proof of Claim**<br>**Subject to set off pursuant to Debtor's claim**<br>**Subject to Setoff** | X | X | X | **881,860.00** |
| ACCOUNT NO.<br><br>**PA Bureau Of Liquor Control Enforcement**<br>**313 Mt. Nebo Rd**<br>**Pittsburgh, PA 15237** | | | **May 2010** | | | | **0.00** |
| ACCOUNT NO.<br><br>**PA Tourism & Lodging Association**<br>**128 WALNUT ST**<br>**HARRISBURG, PA 17101** | | | **May 2010** | | | | **2,905.92** |
| ACCOUNT NO.<br><br>**PAETEC**<br>**PO Box 601310**<br>**Charlotte, NC 28260-1310** | | | **May 2010** | | | | **2,251.81** |
| ACCOUNT NO.<br><br>**Paragon Monteverde**<br>**55 36TH ST**<br>**PITTSBURGH, PA 15201** | | | **July 2010** | | | | **14,059.21** |
| ACCOUNT NO.<br><br>**Pasae**<br>**777 East Park Dr, Suite 300**<br>**Harrisburg, PA 17111** | | | **May 2010** | | | X | **255.00** |

Sheet no. ____**31**____ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **938,389.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

**IN RE** Shubh Hotels Pittsburgh, LLC            Case No. **10-26337-JAD**

         Debtor(s)                                             (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Peerless Industries, Inc.**<br>**24982 Network Place**<br>**CHICAGO, IL 60673** | | | May 2010 | | | | 1,200.00 |
| ACCOUNT NO.<br>**Pelco**<br>**130-07 26TH AVE**<br>**COLLEGE POINT, NY 11354** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**Penn Fixture and Supply Co. Inc.**<br>**2800 PENN AVE**<br>**PITTSBURGH, PA 15222** | | | 4/5/10 | | | | 56.62 |
| ACCOUNT NO.<br>**Pennsylvania AFL-CIO**<br>**319 Market St, 3rd Floor**<br>**Harrisburg, PA 17101** | | | May 2010 | | | | 750.00 |
| ACCOUNT NO.<br>**Penske Truck Leasing Co., LP**<br>**5600 GRAND AVE**<br>**PITTSBURGH, PA 15225** | | | May 2010 | | | | 1,078.45 |
| ACCOUNT NO.<br>**Pitney Bowes Global Finan Svcs LLC**<br>**PO BOX 371887**<br>**Pittsburgh, PA 15250** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br>**Pittsburgh Recycling**<br>**PO BOX 2425**<br>**ORLAND PARK, IL 60462** | | | May 2010 | | | | 35.64 |

Sheet no. ____**32**____ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,120.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC          Case No. **10-26337-JAD**

<div align="center">Debtor(s)          (If known)</div>

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pittsburgh Steelers**<br>**900 ART ROONEY AVE**<br>**PITTSBURGH, PA  15212-5775** | | | **May 2010** | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Platts Conferences**<br>**34 CROSBY DR, SUITE 201**<br>**BEDFORD, MA  01730** | | | **May 2010** | | | | **3,525.90** |
| ACCOUNT NO.<br><br>**Playnetwork**<br>**8727 148TH AVE NE**<br>**REDMOND, WA  98052-3483** | | | **August 2010** | | | X | **107.00** |
| ACCOUNT NO.<br><br>**Plymouth Interiors**<br>**7 Crawford St**<br>**McKees Rocks, PA  15136** | | | **August 2010** | | | | **1,531.00** |
| ACCOUNT NO.<br><br>**Polaris Hilton**<br>**8700 Lyra Drive**<br>**Columbus, OH  43240** | | | **August 2010** | | | | **1,310.00** |
| ACCOUNT NO.<br><br>**Post Gazette**<br>**34 Blvd Of The Allies**<br>**Pittsburgh, PA  15222** | | | **May 2010** | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Preferred ITM Inc.**<br>**400 Bellevue Avenue**<br>**PITTSBURGH, PA  15229** | | | **April through Sept 2010** | | | | **1,736.03** |

Sheet no. _____**33**_ of _____**47**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,209.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC      Case No. **10-26337-JAD**
_____
                 Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Printing Services Unlimited**<br>PO BOX 71<br>BETHEL PARK, PA 10152 | | | March and May 2010 | | | X | 430.67 |
| ACCOUNT NO.<br>**Priority Pak**<br>1270 Wentworth St<br>Arleta, CA 91331 | | | May and July 2010 | | | | 54.14 |
| ACCOUNT NO.<br>**PRIORY HOSPITALITY**<br>614 PRESSLEY ST<br>PITTSBURGH, PA 15212 | | | April 2010 | | | | 1,509.53 |
| ACCOUNT NO.<br>**Prism Hotels And Resorts**<br>13760 Noel Road, Suite 610<br>Dallas, TX 75240 | | | August 2010 | | | | 19,979.55 |
| ACCOUNT NO.<br>**Pro TV & Audio Service, Inc.**<br>1066 HARRISON AVE<br>ELKINS, WV 26241 | | | 5/18/10 | | | | 194.33 |
| ACCOUNT NO. **0339**<br>**PRUDENTIAL GROUP INSURANCE**<br>PO BOX 101241<br>ATLANTA, GA 30392-1241 | | | May 2010 | | | | 2,205.11 |
| ACCOUNT NO. **6119**<br>**Quest Diagnostics**<br>PO BOX 740709<br>ATLANTA, GA 30374-0709 | | | 4/27/10 | | | | 150.68 |

Sheet no. _____**34**_____ of _____**47**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **24,524.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                    Case No. **10-26337-JAD**
_____          _____
                    Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Quicklease Powered by Coactiv**<br>**655 BUSINESS CENTER DR, SUITE 250**<br>**HORSHAM, PA 19044** | | | **7/9/10**<br>**Vacuum cleaner lease (50)**<br>**Mature balance due $4,376, cure amount listed in claim amount** | | | | **547.07** |
| ACCOUNT NO.<br><br>**Radisson Hotel Pittsburgh**<br>**101 RADISSON DR**<br>**PITTSBURGH, PA 15205** | | | **August 2010** | | | | **381.90** |
| ACCOUNT NO.<br><br>**Ramada Hotel And Conference Center**<br>**401 Holiday Drive**<br>**Pittsburgh, PA 15220** | | | **August 2010** | | | | **518.70** |
| ACCOUNT NO.<br><br>**RCC**<br>**Ecolab**<br>**PO Box 9658**<br>**Minneapolis, MN 55440** | | | **7/19/10** | | | | **399.85** |
| ACCOUNT NO. **6454**<br><br>**Response Envelope**<br>**RESPONSE E, FILE 56454**<br>**LOS ANGELES, CA 90074-6454** | | | **May 2010** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Restaurant Solutions, Inc.**<br>**1423 AUSTELL RD**<br>**MARIETTA, GA 30008** | | | **May 2010** | | | | **24,923.00** |
| ACCOUNT NO.<br><br>**Richfield Hospitality**<br>**7600 East Orchard Road, Suite 230**<br>**South Greenwood Village, CO 80111** | | | | | | | **0.00** |

Sheet no. _____**35**___ of _____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,770.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

IN RE **Shubh Hotels Pittsburgh, LLC**                                    Case No. **10-26337-JAD**
_____                          _____
Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**RKB Electric and Supply, LLC**<br>**C/O Joseph Bucci, Esq**<br>**401 Liberty Ave**<br>**Pittsburgh, PA  15222** | | | **from Proof of Claim** | | | X | **147,598.75** |
| ACCOUNT NO.<br><br>**Rodney Bullock**<br>**14411 WOODLAWN AVENUE**<br>**DOLTON, IL  60419** | | | **May 2010** | | | | **35.32** |
| ACCOUNT NO.<br><br>**RONCO**<br>**Communications And Electronics, Inc.**<br>**PO Box 187**<br>**Buffalo, NY  14240-0187** | | | **May-August 2010** | | | | **1,144.90** |
| ACCOUNT NO.<br><br>**Royal Office Products, Inc.**<br>**PO Box 2403**<br>**Bedford Park, IL  60499** | | | **May 2010** | | | X | **3,637.59** |
| ACCOUNT NO.<br><br>**Rubicon**<br>**101 MARIETTA ST, SUITE 3525**<br>**ATLANTA, GA  30303** | | | **5/1/10** | | | | **825.00** |
| ACCOUNT NO.<br><br>**S.S.M. Inc.**<br>**317 EAST 14TH ST**<br>**HIALEAH, FL  33010** | | | **May 2010** | | | | **1,376.40** |
| ACCOUNT NO.<br><br>**Sachin Shah**<br>**701 NW 53RD ST**<br>**BOCA RATON, FL  33487** | | | **May 2010** | | | | **16,571.54** |

Sheet no. _____**36**_____ of _____**47**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **171,189.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC          Case No. **10-26337-JAD**

_____Debtor(s)_____          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Safeway Services, LLC<br>9536 Glades Drive<br>Hamilton, OH 45011** | | | **Scaffolding for PIP construction work** | | | | <br><br>17,600.84 |
| ACCOUNT NO. <br><br>**Scentair Technologies, Inc.<br>14301-G South Lakes Drive<br>Charlotte, NC 28273** | | | **March through August 2010** | | | | <br><br>315.84 |
| ACCOUNT NO. <br><br>**Scott Surovchak<br>2597 B 3/4th Road<br>Grand Junction, CO 81503** | | | **August 2010** | | | | <br><br>101.46 |
| ACCOUNT NO. <br><br>**ServiceMaster<br>745 ALLEGHENY AVE<br>OAKMONT, PA 15139** | | | **May 2010** | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**Seyfarth Shaw, LLP<br>1075 PEACHTREE ST, NE, SUITE 2500<br>ATLANTA, GA 30309-3962** | | | **May and June 2010** | | | | <br><br>6,874.75 |
| ACCOUNT NO. <br><br>**Shaner Solutions<br>1965 Waddle Road<br>State College, PA 16803** | | | **August 2010** | | | | <br><br>128.57 |
| ACCOUNT NO. <br><br>**Shelly Ames<br>12501 MARNE AVENUE<br>CLEVELAND, OH 44111** | | | **May 2010** | | | | <br><br>22.36 |

Sheet no. _____**37**____ of _____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,043.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC                                    Case No. **10-26337-JAD**
_____                          _____
Debtor(s)                                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sheraton Myrtle Beach Convention Center** <br> **2101 NORTH OAK ST** <br> **MYRTLE BEACH, SC  29577** | | | May 2010 | | | | 1,279.40 |
| ACCOUNT NO. <br> **Simple Treat Bakery** <br> **4734 LIBERTY AVE** <br> **PITTSBURGH, PA  15224** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO. <br> **Ski Supply Kit International** <br> **PO BOX 55622** <br> **SANTA CLARITA, CA  91385** | | | 7/6/2010 | | | | 373.94 |
| ACCOUNT NO. <br> **Society for Vascular Ultrasound** <br> **4601 PRESIDENTS DR, SUITE 260** <br> **LANHAM, MD  20706** | | | May 2010 | | | | 4,446.90 |
| ACCOUNT NO. <br> **Southwest Aluminum & Glass Co.** <br> **1000 SOUTHWEST DR** <br> **CUDDY, PA  15031** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO. <br> **Sri Sanamvienkata** <br> **10379 Ruxford Dr, Apt 9** <br> **St Louis, MO  63146** | | | 5/25/10 | | | | 86.13 |
| ACCOUNT NO. <br> **Stanley Access Tech** <br> **65 SCOTT SWAMP RD** <br> **FARMINGTON, CT  06032** | | | from Proof of Claim | | | | 4,177.60 |

Sheet no. ___**38**___ of ___**47**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,363.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC        Case No. **10-26337-JAD**

<div align="center">Debtor(s)       (If known)</div>

<div align="center">

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Star Systems Services, Inc.**<br>**780 WELCH RD**<br>**COMMERCE TWP, MI  48390** | | | July - August 2010 | | | | 1,956.60 |
| ACCOUNT NO.<br><br>**Starcite, Inc.**<br>**1650 ARCH ST, 18TH FLOOR**<br>**PHILADELPHIA, PA  19103** | | | May 2010 | | | | 2,241.18 |
| ACCOUNT NO.<br><br>**Stericycle, Inc.**<br>**PO BOX 9001590**<br>**LOUISVILLE, KY  40290-1590** | | | 7/15/10 | | | | 340.20 |
| ACCOUNT NO.<br><br>**Stern Advertising**<br>**29125 Chagrin Boulevard, Suite 300**<br>**Pepper Pike, OH  44122** | | | August 2010 | | | X | 30,787.00 |
| ACCOUNT NO.<br><br>**Stokes Roberts Wagner**<br>**600 West Broadway, Suite 1150**<br>**SAN DIEGO, CA  92101** | | | May 2010 | | | | 18,070.58 |
| ACCOUNT NO.<br><br>**SYSCO FOODS OF PITTSBURGH**<br>**Suzanne DeWalt, Sherrod German Kelly**<br>**620 Liberty Avenue**<br>**PITTSBURGH, PA  15222** | | | August 2010 | | | | 7,905.92 |
| ACCOUNT NO.<br><br>**SYSCO GUEST SUPPLY LLC**<br>**4301 US Highway 1, PO BOX 902**<br>**MONMOUTH JUNCTION, NJ  08852-0902** | | | from Proof of Claim<br>[$50,423 claimed as 11 USC 503 B9 Admin Claim for Goods Delivered Within 20 days of filing] | | | X | 54,463.76 |

Sheet no. \_\_\_\_**39**\_\_\_\_ of \_\_\_\_**47**\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **115,765.24**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**
_____
Debtor(s)

Case No. **10-26337-JAD**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Systems Associates, Inc.** <br>**500 LEHMAN AVE** <br>**BOWLING GREEN, OH 43402** | | | May 2010 | | | X | 1,650.00 |
| ACCOUNT NO. <br><br>**TAMMIE PONTSLER** <br>**C/O PAUL GOLTZ, 3000 VILLAGE RUN RD** <br>**WEXFORD, PA 15090** | | | May 2010 | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**TANIKA CONNESERO** <br>**PO Box 158** <br>**Joseph City, AZ 86032** | | | May 2010 | | | | 62.99 |
| ACCOUNT NO. <br><br>**Taylor Rental** <br>**5901 Baptist Road** <br>**PITTSBURGH, PA 15236** | | | May 2010 from Proof of Claim | | | | 4,583.83 |
| ACCOUNT NO. <br><br>**Technology Insurance Company** <br>**5800 LOMBARDO CENTER** <br>**CLEVELAND, OH 44131-2550** | | | May 2010 | | | | 24,743.00 |
| ACCOUNT NO. <br><br>**Technology Insurance Company** <br>**5800 LOMBARDO CENTER** <br>**CLEVELAND, OH 44131-2550** | | | May 2010 | | | X | 137,015.00 |
| ACCOUNT NO. <br><br>**Teleadapt** <br>**1315 GREG ST, SUITE 110** <br>**SPARKS, NV 89431** | | | May 2010 | | | | 1,184.86 |

Sheet no. ____**40**____ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **169,239.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Shubh Hotels Pittsburgh, LLC        Case No. **10-26337-JAD**

                Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Thayer Lodging Group, Inc.** <br> **1997 Annapolis Exchange Pkwy, St 5550** <br> **Annapolis, MD 21401** | | | **August 2010** | | | | 2,275.00 |
| ACCOUNT NO. <br> **The Eric Ryan Corporation** <br> **PO Box 473, 1 Early St, Suite A** <br> **Ellwood City, PA 16117** | | | **August 2010** | | | | 144.00 |
| ACCOUNT NO. <br> **The Hite Company** <br> **PO BOX 1807** <br> **ALTOONA, PA 16603-1807** | | | **May 2010** | | | | 1,241.20 |
| ACCOUNT NO. <br> **The Home Depot Supply** <br> **PO BOX 509058** <br> **SAN DIEGO, CA 92150-9058** | | | **May 2010** | | | | 3,816.66 |
| ACCOUNT NO. <br> **The Knowland Group, Inc.** <br> **600 BEAM ST** <br> **SALISBURY, MD 21801** | | | **July-August 2010** | | | | 1,007.00 |
| ACCOUNT NO. <br> **The Manning Group** <br> **PO BOX 14276** <br> **PITTSBURGH, PA 15239** | | | **May 2010** | | | | 8,300.55 |
| ACCOUNT NO. <br> **The Marek Group** <br> **W228 N821 WESTMOUND DR** <br> **WAUKESHA, WI 53186** | | | **April - August 2010** | | | | 486.80 |

Sheet no. **41** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
                (Total of this page) $ **17,271.21**

                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC
_____
Debtor(s)

Case No. **10-26337-JAD**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Pittsburgh Patrika<br>4006 Holiday Park Drive<br>Murrysville, PA 15668 | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br><br>The Sushi Bar<br>1241 PENN AVENUE<br>PITTSBURGH, PA 15222 | | | May and June 2010 | | | | 434.80 |
| ACCOUNT NO.<br><br>The Wasserstrom Company<br>477 SOUTH FRONT ST<br>COLUMBUS, OH 43215 | | | April and May 2010 | | | | 4,620.84 |
| ACCOUNT NO.<br><br>The Weavertown Group<br>2 Dorrington Road<br>Carnegie, PA 15106 | | | May-August 2010 | | | | 18,594.28 |
| ACCOUNT NO.<br><br>Thermal Netics, C/O KERR RUSSEL WEBER<br>500 WOODWARD AVE<br>DETROIT, MI 48226 | | | May 2010 | | | | 29,282.50 |
| ACCOUNT NO.<br><br>Thomas Lang<br>1001 W WALDHEIM RD<br>PITTSBURGH, PA 15214 | | | May 2010 | | | | 500.00 |
| ACCOUNT NO.<br><br>Thomson Property Tax Services<br>200 East Las Olas Blvd, Suite 1400<br>Ft Lauderdale, FL 33301 | | | 3/19/08 | | | X | 126,815.92 |

Sheet no. **42** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **180,248.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

Debtor(s)        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Tina Meredith** <br> **Crescent Hotels And Resorts** <br> **10304 Eaton Place, Suite 460** <br> **Fairfax, VA 22030** | | | August 2010 | | | | 188.13 |
| ACCOUNT NO. <br><br> **Tom Brown, Inc.** <br> **224 GEORGETOWN ROAD** <br> **LAWRENCE, PA 15055-0460** | | | May 2010 | | | | 1,425.70 |
| ACCOUNT NO. <br><br> **Tourwerks, Inc.** <br> **1939 GRAND AVE, 2ND LEVEL** <br> **SAN DIEGO, CA 92109** | | | May 2010 | | | | 1,393.80 |
| ACCOUNT NO. <br><br> **Travelclick** <br> **300 N MARTINGALE, SUITE 500** <br> **SCHAUMBURG, IL 60173** | | | 4/30/10 | | | | 770.00 |
| ACCOUNT NO. <br><br> **Tri State Valet** <br> **1225 GREENTREE RD** <br> **PITTSBURGH, PA 15220** | | | May-August 2010 | | | X | 26,250.00 |
| ACCOUNT NO. <br><br> **Tri-State Land Co., Inc.** <br> **39TH ST & AVRR, BUILDING 3A** <br> **PITTSBURGH, PA 15201** | | | May 2010 | | | | 640.26 |
| ACCOUNT NO. <br><br> **TURNER DAIRY FARMS INC** <br> **1049 JEFFERSON RD** <br> **PITTSBURGH, PA 15235-4723** | | | July and August 2010 | | | | 4,281.02 |

Sheet no. \_\_\_\_**43**\_\_\_ of \_\_\_\_**47**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **34,948.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC      Case No. **10-26337-JAD**
<div style="text-align:center">Debtor(s)      (If known)</div>

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Uniforms USA**<br>**1016 FIFTH AVE**<br>**PITTSBURGH, PA 15219** | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO. <br><br>**United Consultants**<br>**2841 NE 32nd St, #13**<br>**Ft. Lauderdale, FL 33306** | | | Concrete fabrication for PIP | | | | 3,500.00 |
| ACCOUNT NO. <br><br>**United Safety Services, Inc.**<br>**416 East Main St**<br>**Carnegie, PA 15106** | | | May - August 2010 | | | X | 2,707.50 |
| ACCOUNT NO. <br><br>**Universal Silver**<br>**PO Box 3707**<br>**York, PA 17402** | | | August 2010 | | | | 663.56 |
| ACCOUNT NO. <br><br>**University Of Pittsburgh**<br>**4200 Fifth Avenue**<br>**Pittsburgh, PA 15213** | | | Housing contract. | | | X | 77,050.36 |
| ACCOUNT NO. <br><br>**UPS**<br>**PO BOX 7247-0244**<br>**PHILADELPHIA, PA 19170-0001** | | | July - August 2010 | | | X | 947.08 |
| ACCOUNT NO. <br><br>**UPS Freight**<br>**28013 NETWORK PLACE**<br>**CHICAGO, IL 60673-1288** | | | May 2010 | | | X | 0.00 |

Sheet no. **44** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **84,868.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC              Case No. **10-26337-JAD**

                      Debtor(s)                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Chess Federation<br>103 ALBION RD<br>OAK RIDGE, TN 37830 | | | May 2010 | | | | 2,915.00 |
| ACCOUNT NO.<br><br>US Lec<br>750 Holiday Drive<br>Pittsburgh, PA 15220 | | | May 2010 | | | X | 0.00 |
| ACCOUNT NO.<br><br>USA Today<br>305 Seaboard Ln Ste 301<br>Frankllin, TN 37067 | | | August 2010 | | | | 3,476.84 |
| ACCOUNT NO.<br><br>Verizon Communications, Inc.<br>Bankruptcy Department<br>1 East Pratt, 10th Floor<br>BALTIMORE, MD 21202 | | | July and August 2010 | | | X | 0.00 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>Po Box 25505<br>Lehigh Valley, PA 18002 | | | August 2010 | | | | 20,170.98 |
| ACCOUNT NO.<br><br>Victory Security<br>416 WASHINGTON AVE, 2ND FLOOR<br>CARNEGIE, PA 15106-0476 | | | May 2010 | | | | 3,955.00 |
| ACCOUNT NO.<br><br>Vincent Allen, Inc.<br>21 WINTHROP RD<br>CARNEGIE, PA 15106 | | | May 2010 | | | | 3,350.00 |

Sheet no. **45** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,867.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**        Case No. **10-26337-JAD**

Debtor(s)                                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Visit Pittsburgh**<br>**120 Fifth Avenue, Suite 2800**<br>**PITTSBURGH, PA 15222** | | | 6/24/10from Proof of Claim | | | | 10,720.00 |
| **ACCOUNT NO.**<br>**Waste Management**<br>**625 CHERRINGTON PARKWAY**<br>**CORAOPOLIS, PA 15108** | | | May - August 2010 | | | | 5,861.35 |
| **ACCOUNT NO.**<br>**Wedding Wire, Inc.**<br>**7101 WISCONSIN AVE, SUITE 1100**<br>**BETHESDA, MD 20814-4871** | | | May 2010 | | | | 3,500.00 |
| **ACCOUNT NO.**<br>**Weddingpages, inc.**<br>**11106 MOCKINGBIRD DR**<br>**OMAHA, NE 68137** | | | May 2010 | | | | 2,317.00 |
| **ACCOUNT NO.**<br>**Westmoreland Supply Pittsburgh**<br>**3131 Penn Avnue**<br>**Pittsburgh, PA 15221** | | | | | | | 23,263.98 |
| **ACCOUNT NO.**<br>**WEX FLEET FUELING, C/O RECEIVABLE MGMT**<br>**PO BOX 2471**<br>**WOBURN, MA 01888** | | | 2007 | | | | 660.72 |
| **ACCOUNT NO.**<br>**WHIRL MAGAZINE**<br>**1501 REEDSDALE ST, SUITE 202**<br>**PITTSBURGH, PA 15233** | | | May 2010 | | | | 1,950.00 |

Sheet no. **46** of **47** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **48,273.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Shubh Hotels Pittsburgh, LLC        Case No. **10-26337-JAD**
_____
Debtor(s)                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **William Otto** <br> **4105 Tartan Ct** <br> **Murrysville, PA 15668** | | | 7/1/10 | | | | 10.90 |
| ACCOUNT NO. <br><br> **William Penn Parking** <br> **PO BOX 6022** <br> **PITTSBURGH, PA 15211** | | | May 2010 | | | | 925.00 |
| ACCOUNT NO. <br><br> **William Penney** | | | August 2010 | | | | 69.99 |
| ACCOUNT NO. <br><br> **Willis of Pennsylvania, Inc.** <br> **FOUR GATEWAY CENTER, SUITE 505** <br> **PITTSBURGH, PA 15222** | | | 8/24/10 | | | | 75,189.00 |
| ACCOUNT NO. <br><br> **Winebrenner Red Carpet Travel** <br> **755 S GILBERT ST** <br> **IOWA CITY, IA 52240** | | | May 2010 | | | | 1,400.60 |
| ACCOUNT NO. <br><br> **Wm. A. Fischer Carpet Co., Inc.** <br> **4075 WINDGAP AVE, BUILDING 10** <br> **PITTSBURGH, PA 15204** | | | May 2010 | | | | 1,520.00 |
| ACCOUNT NO. <br><br> **ZURICH AMERICAN INSURANCE** <br> **1400 AMERICAN LANE** <br> **SCHAUMBURG, IL 60196** | | | from Proof of Claim | | | | 14,208.36 |

Sheet no. ____**47**____ of ____**47**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **93,323.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $   **14,604,230.38**

IN RE **Shubh Hotels Pittsburgh, LLC**                              Case No. **10-26337-JAD**
_____                    _____
                    Debtor(s)                                         (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **M3 Accounting Services**<br>**800 B Jesse Jewell Pkwy SW.**<br>**Gainesville, FL  30501** | **Accounting software** |
| **Allegheny County Health Dept**<br>**Fee & Permit Section**<br>**3333 Forbes Avenue**<br>**Pittsburgh, PA  15213** | **ACHD - food permit** |
| **MAC Construction LLC**<br>**1450 Northwest 87th Avenue**<br>**Doral, FL  33172** | **AIA Contract dated 5/27/2010**<br>**for purposes of disclosure only**<br>**appears to be unsigned by Debtor** |
| **Black Diamond Hospitality** | |
| **Air Pollution Control Fund**<br>**3333 Forbes Avenue**<br>**Pittsburgh, PA  15213** | **Air pollution control fund permit** |
| **PA Department Of Labor & Industry**<br>**Bureau Of Occupational And Industrial Sa**<br>**PO Box 68572**<br>**Harrisburg, PA  17106** | **Boiler permit** |
| **Garrett Calahan**<br>**306 Talmadge Rd**<br>**Edison, NJ  08817** | **Chemical water treatment program** |
| **Hertz Gateway Center**<br>**C/O George Cheever**<br>**210 Sixth Avenue, K&L Gates Ctr**<br>**Pittsburgh, PA  15222** | **Chiller water utility provider** |
| **Unite Here L-57**<br>**Attn Dan Furlong**<br>**5 Gateway Center, Suite 615**<br>**Pittsburgh, PA  15222** | **Collective Bargaining Agreement  10/1/06 to 9/30/10** |
| **Intl Union/Operating Engineers L-95**<br>**Attn William Cagney, Business Manager**<br>**300 Saline Street**<br>**Pittsburgh, PA  15207** | **Collective Bargaining Agreement  7/1/07 to 6/30/12** |
| **IBEW L-5**<br>**Attn Tom McIntyre**<br>**Ste 400, 5 Hot Metal Street**<br>**Pittsburgh, PA  15203** | **Collective Bargaining Agreement 1/1/08 to 12/31/10** |
| **Intl Union of Painters District 57, L-6**<br>**Attn:  Giles Grinko**<br>**101 Ewing Road**<br>**Carnegie, PA  15106** | **Collective Bargaining Agreement 11/1/05 to 10/31/10** |
| **Grtr PA Reg Council of Carpenters**<br>**Attn John McCoy**<br>**650 Ridge Road, Suite 200**<br>**Pittsburgh, PA  15205** | **Collective Bargaining Agreement 11/16/08 to 11/15/11** |
| **Plumbers Local Union 27**<br>**Attn  Marty O'Toole** | **Collective Bargaining Agreement 8/1/08 to 7/31/11** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

<table>
<tr>
<th>NAME AND MAILING ADDRESS, INCLUDING ZIP CODE<br>OF OTHER PARTIES TO LEASE OR CONTRACT</th>
<th>DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.<br>STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.<br>STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT.</th>
</tr>
<tr>
<td>1040 Montour West Industrial Park<br>Coraopolis, PA 15108</td>
<td></td>
</tr>
<tr>
<td>Lockton Insurance<br>Dallas Series Of Lockton Companies<br>PO Box 200455<br>Dallas, TX 75320</td>
<td>Comprehensive Insurance obtained after September 7, 2010.</td>
</tr>
<tr>
<td>Black Box Network Services<br>PO Box 86<br>Minneapolis, MN 55486</td>
<td>Computer service parts contract</td>
</tr>
<tr>
<td>Paetec<br>3 Microsoft Center<br>6801 Morrison Blvd<br>Charlotte, NC 28211</td>
<td>Computer/Ethernet equipment</td>
</tr>
<tr>
<td>Amcom Office Systems<br>181 BATEMAN ROAD<br>IMPERIAL, PA 15126</td>
<td>Copier lease</td>
</tr>
<tr>
<td>OTIS ELEVATOR COMPANY<br>50 13TH ST<br>PITTSBURGH, PA 15222</td>
<td>Elevator maintenance contract</td>
</tr>
<tr>
<td>Scentair Technologies, Inc.<br>PO BOX 53448<br>ATLANTA, GA 30353-4448</td>
<td>Environmental air scenting machines</td>
</tr>
<tr>
<td>Department Of Public Safety<br>1203 Western Avenue<br>Pittsburgh, PA 15233</td>
<td>Fire Alarm permit</td>
</tr>
<tr>
<td>Lodgenet Interactive Corporation<br>PO BOX 952141<br>ST LOUIS, MO 63195-2141</td>
<td>Guest room monthly FTG and movies contract</td>
</tr>
<tr>
<td>Prism Hotels And Resorts<br>13760 Noel Road, Suite 610<br>Dallas, TX 75240</td>
<td>Hotel management contract</td>
</tr>
<tr>
<td>Mainstreet Bank<br>23970 US Highway 59 North<br>Kingwood, TX 77339</td>
<td>Lease of 190 37" LCD tv's</td>
</tr>
<tr>
<td>Quicklease Powered by Coactiv<br>655 BUSINESS CENTER DR, SUITE 250<br>HORSHAM, PA 19044</td>
<td>Lease of 50 vacuum sweepers</td>
</tr>
<tr>
<td>PLCB<br>Liquor License<br>PO Box 8940<br>Harrisburg, PA 17105</td>
<td>Liquor Licensee</td>
</tr>
<tr>
<td>Carbon Capital II/Blackrock<br>Financial Management, Inc.<br>R. Simons, Reed Smith 225 Fifth Ave<br>Pittsburgh, PA 15222</td>
<td>Loan agreement that the Debtor intends to assume.</td>
</tr>
<tr>
<td>BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203-9717</td>
<td>Music copyright</td>
</tr>
<tr>
<td>ASCAP<br>2690 Cumberland Parkway, Suite 490<br>Atlanta, GA 37203</td>
<td>Music copyright</td>
</tr>
<tr>
<td>Faber Coe & Gregg Of Pennsylvania<br>550 Meadowlands Parkway</td>
<td>Non-residential real property. Debtor is Landlord. Gift Shop.<br>Contract expired 12/31/06. Currently month-to-month.</td>
</tr>
</table>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____ Case No. **10-26337-JAD**
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

</div>

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Seacaucus, NJ 07094 | Monthly rent $4,324.30   821 s.f. |
| **Various Events** | **Numerous political, social and charitable gatherings and events have been contracted for the Hotel. The identity of these executory contracts are proprietary and subject to privacy concerns. Confidentiality is requested by the party.** |
| **GE Commercial Finance**<br>**1961 Hirst Dr**<br>**Moberly, MO  65270** | **Office equipment** |
| **Ecolab Pest Elimination**<br>**370 North Wasbash St**<br>**St. Paul, MN  55102** | **Pest treatment** |
| **Pitney Bowes Global Finan Svcs LLC**<br>**PO BOX 856460**<br>**LOUISVILLE, KY  40285-6460** | **Postage meter-contract** |
| **Treasurer, City Of Pittsburgh**<br>**200 Ross St**<br>**Pittsburgh, PA  15219** | **Pressure vessel permit** |
| **Pittsburgh Bureau Of Fire**<br>**200 Ross St**<br>**Pittsburgh, PA  15219** | **Propane/fuel/gas permit** |
| **Treasurer, City Of Pittsburgh**<br>**200 Ross St**<br>**Pittsburgh, PA  15219** | **Sign permits** |
| **Thomson Property Tax Services**<br>**200 East Las Olas Blvd, Suite 1400**<br>**Ft Lauderdale, FL  33301** | **Tax appeal** |
| **All Steam Carpet Upholstery & Tile**<br>**304 Bellonda St**<br>**Pittsburgh, PA  15211** | **Tile floor cleaning** |
| **University Of Pittsburgh**<br>**4200 Fifth Avenue**<br>**Pittsburgh, PA  15213** | **Trade Agreement for housing the University of Pittsburgh at the hotel.** |
| **CINTAS CORPORATION #013**<br>**40 Abele Rd**<br>**Bridgeville, PA  15017** | **Uniforms for kitchen employees** |
| **Tri State Valet**<br>**1074 GREENTREE RD**<br>**PITTSBURGH, PA  15220** | **Valet and parking services** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**      Case No. **10-26337-JAD**

<div style="text-align:center">Debtor(s)      (If known)</div>

## AMENDED SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Atul Bisaria**<br>**8402 Lookout Circle**<br>**Boca Raton, FL  33496** | **Carbon Capital II/Blackrock**<br>**Financial Management, Inc.**<br>**R. Simons, Reed Smith 225 Fifth Ave**<br>**Pittsburgh, PA  15222**<br><br>**HEREIU c/o Kirk B. Burkley, Esq**<br>**Bernstein Law Firm**<br>**707 Grant St, Suite 2200**<br>**Pittsburgh, PA  15219** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC** _____ Case No. **10-26337-JAD** _____
                    Debtor(s)                                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                              Debtor

Date: _____    Signature: _____
                                                                        (Joint Debtor, if any)
                                                           [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer _____    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address _____

Signature of Bankruptcy Petition Preparer _____    Date _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Shubh Hotels Pittsburgh, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **66** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **11-18-10**    Signature: _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

The information contained herein is based on the books and records of the hotel as maintained by the former owner and on information provided by certain employees. From March 31, 2010 to August 23, 2010 the books and records of the Debtor were maintained and kept by the secured lender's selected management company, Crescent Hotel Management, and changes were made to the balance sheet and ledgers without appropriate journal entries. Dr Patel has subpoenaed records from Crescent and has not as of yet received any responses to same, which may require modification of the information provided.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Pennsylvania

**IN RE:**

Case No. **10-26337-JAD**

**Shubh Hotels Pittsburgh, LLC**

Chapter **11**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  54,000,000.00 | | |
| B - Personal Property | Yes | 3 | $  5,810,016.54 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $  50,993,512.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $  1,473,550.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | $  14,604,230.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 65 | $  59,810,016.54 | $  67,071,293.28 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                          Case No. **10-26337-JAD**

**Shubh Hotels Pittsburgh, LLC**                               Chapter **11**
_____
                    Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: __11-18-10__          Signature: _____
                            ,                                        Debtor

Date: _____          Signature: _____
                                                              Joint Debtor, if any

The information contained herein is based on the books and records of the hotel as maintained by the former owner and on information provided by certain employees. From March 31, 2010 to August 23, 2010 the books and records of the Debtor were maintained and kept by the secured lender's selected management company, Crescent Hotel Management, and changes were made to the balance sheet and ledgers without appropriate journal entries. Dr Patel has subpoenaed records from Crescent and has not as of yet received any responses to same, which may require modification of the information provided.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**        Case No. **10-26337-JAD**

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **House Funds** | | **26,270.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Credit Cards in Transit** | | **222,188.02** |
| | | **KeyBank - funds held** | | **195,133.71** |
| | | **KeyBank Interest Reserve** | | **576,000.00** |
| | | **KeyBank Loan Reserves (Equipment & Improvements)** | | **2,442,525.80** |
| | | **KeyBank Loan Reserves (Insurance)** | | **164,020.00** |
| | | **KeyBank Loan Reserves (Taxes)** | | **347,738.00** |
| | | **Prism Operating Account** | | **287,000.01** |
| | | **Brentwood Beer Deposit** | | **5,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Schedule B #35** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shubh Hotels Pittsburgh, LLC**                    Case No. **10-26337-JAD**

Debtor(s)                                                        (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R** | | **574,815.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Liability claims against Carbon Capital II/Blackrock, including, without limitation, claims for lender liability and tortious interference with business relations.** | | **unknown** |
| | | **Liability claims against Crescent Hotels and Resorts** | | **unknown** |
| | | **Liability claims against Hilton Hotels Corporation and its subsidiaries and affiliates.** | | **unknown** |
| | | **Liability claims against P J Dick, including, but not limited to, claims for construction defects.** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **PA Liquor License (intangible)** | | **25,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Contracts 7 year/Contracts 4 year [2006 - remaining life]** | | **142,877.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobiles - two passenger vans and a Toyota Sequoia SUV - Kelly Blue Book value** | | **30,565.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers** | | **9,853.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **FF&E in Plant and Room Upgrades (included in appraisal)** | | **0.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only