IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHUBH HOTELS PITTSBURGH, LLC, : Bankruptcy No. 10-26337JAD

Debtor. : Chapter 11

## ORDER

AND NOW, this **23rd** day of **November, 2010**, IT IS **HEREBY ORDERED** that a **Status Conference with Margaret M. Good, Examiner of Shubh Hotels Pittsburgh, LLC**, is set for **Friday, December 3, 2010**, at **10:00 AM** in **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.**



JEFFERY A. DELLER
U.S. Bankruptcy Judge

**FILED**

NOV 23 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

00005179.WPD