| PROCEEDING MEMO | 10:00 AM |
|---|---|

Date:     Tuesday, November 23, 2010

In re:    Shubh Hotels Pittsburgh, LLC           Bankruptcy # <u>10-26337JAD</u>

Appearances:                                                           Doc. # 188
  Debtor(s):              David K. Rudov, Esq. / Scott M. Hare, Esq.
  United States Trustee:  Joseph M. Fornari, Esq. / Norma Hildenbrand, Esq.
  UCC:                    David W. Lampl, Esq. / ~~Christopher A. Boyer,~~ Esq. *Skine*
  Creditor:               James D. Gassenheimer, Esq. [Kiran Patel]
                          John R. Gotaskie, Jr., Esq. [Kiran Patel]  — *Rich*
  Creditor:               Robert P. Simons, Esq. [Carbon Capital/Blackrock]
                          ~~Amy M. Tonti, Esq. [Carbon Capital/Blackrock]~~
                          Joseph F. Rodkey, Jr., Esq. [Carbon Capital/Blackrock]
  Creditor:               Jeffrey R. Hunt, Esq. [The County Of Allegheny]
  Creditor:               George M. Cheever, Esq. [ Hertz Gateway Center]
                          Daniel Eliades, Esq. [Wyndham] ---- VIA TELEPHONE
                          ~~David Ross, Esq. [Local Counsel Wynham]~~
  Creditor:               David Lampert, Esq. [600 Commonwealth Place]-- VIA TELEPHONE
                          Amy K. Parker, Esq. [Local Counsel 600 Commonwealth Place]

Nature of Proceeding: Approval Of Debtor's Disclosure Statement To Accompany Plan Dated October 6, 2010

Additional Pleadings:
- Objection Filed 11/16/2010 By The County Of Allegheny @ Doc. # 437
- Objection Filed 11/16/2010 By Hertz Gateway Center, LP, @ Doc. # 439
- Response Filed 11/16/2010 By UCC @ Doc. # 443
- Response Filed 11/16/2010 By UCC @ Doc. # 444 [Appears To Be Duplicate Of Doc. # 443]
- Objection Filed 11/16/2010 By Carbon Capital II Real Estate CDO-2005-1 Ltd. And BlackRock Financial Management, Inc., @ Doc. # 445
- Supplemental Objection Filed 11/16/2010 By Carbon Capital II Real Estate CDO-2005-1 Ltd. And BlackRock Financial Management, Inc., @ Doc. # 446
- Response To Objections To Disclosure Statement filed 11/22/2010 By Debtor, Pittsburgh Grand, LLC, And Dr. Kiran Patel @ Doc. # 460

___ Motion is GRANTED / DENIED

___ Special Type Of Order:

___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at ____ AM/PM at _____

___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days

___ SETTLEMENT STIPULATION IS DUE _____

___ OTHER:

*- AMENDED D/S AND PLAN DUE W/I 14 DAYS*

**FILED**

NOV 2 3 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

00005013.WPD

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge