# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 10-26337-JAD |
| SHUBH HOTELS PITTSBURGH, LLC., <br> Debtor. | Chapter 11 |
| | Judge Jeffrey A. Deller |
| | Doc. No. __489__ |
| SHUBH HOTELS PITTSBURGH, LLC <br> Movants. | Related to Docket No. 13, 402, 414, 418, <br> 422, 423, 424, 425 and 430 |
| v. | |
| CARBON CAPITAL II REAL ESTATE CDO 2005-1, LTD., and BLACKROCK FINANCIAL MANAGEMENT, INC., as sub-special servicer to CARBON CAPITAL II REAL ESTATE CDO-2005-1, LTD.'S special servicer, MIDLAND LOAN SERVICES, INC., | Hearing Date: Dec. 9, 2010 at 10:00 a.m. |
| Respondent. | |

**SUPPLEMENTAL INTERIM ORDER GRANTING DEBTOR'S AMENDED AND EXPEDITED MOTION**
**FOR AN ORDER AUTHORIZING IT TO ENTER INTO ALTERNATIVE DEBTOR IN POSSESSION SENIOR LENDING FACILITY AND EXTENSION OF SIXTH STIPULATED BRIDGE ORDER RELATING TO USE OF CASH COLLATERAL**

THIS CAUSE came before the Court for hearing on December 3, 2010 at 10:00 a.m. on the Debtor's Amended And Expedited Motion For An Order Authorizing It To Enter Into Alternative Debtor In Possession Senior Lending Facility Debtor's and Supplement filed thereto (Dkt. Nos. 402, 418) (the "Motion").

1.      After hearing held on November 12, 2010, the parties in attendance agreed and the Court granted interim approval for the Debtor to enter into an alternative Debtor In

Possession senior lending facility with Carbon Capital II Real Estate CDO 2005-1, Ltd., and BlackRock Financial Management, Inc., for itself and as sub-servicer for Carbon, (collectively for the purpose herein, the "Lender) in an amount not to exceed the initial amount of $1.35 million (the "DIP Loan") by entry of an Interim Financing Order dated November 12, 2010 ("Interim Financing Order") [Dkt. No. 425]. By Order dated November 15, 2010, the Court set a final hearing on the DIP Loan for December 3, 2010 ("Final Hearing") [Dkt. No. 430].

2. On November 12, 2010, the Court also approved the Sixth Stipulated Bridge Order Relating to the Use of Cash Collateral [Dkt. No. 422, 424] ("Cash Collateral Order"). The Cash Collateral Order expired on December 3, 2010.

3. During the December 3, 2010 hearing, the parties requested to reschedule the Final Hearing to permit additional time for the parties to review the proposed Budget.

4. The parties agreed to extend the Cash Collateral Order until December 10, 2010; provided however the Debtor was to provide to the Lender an operating budget for the week ending December 11, 2010 not later than December 3, 2010 before 3 p.m., and the Lender agreed to fund all ordinary operating expenses (excluding construction and Wyndham related expenses or charges) prior to December 8, 2010.

5. The parties further agreed to meet with the Examiner to review and consider the 12 week proposed budget prior to Wednesday, December 8, 2010 in preparation of the Final Hearing.

Upon review of Motion, hearing the agreement of counsel, *as supplemented by the agreement stated on the record on December 9, 2010* and being otherwise fully advised of the premises, and for the reasons stated on the record, it is **ORDERED, ADJUDGED and DECREED** as follows:

(a) The Final Hearing for approval of the DIP Loan is set for Thursday, ~~December 9, 2010 at 10:00 a.m.~~ December 16, 2010 at 2:00 p.m.

(b) The Interim DIP Order and the Cash Collateral Order shall continue to be enforced according to its terms pending the Final Hearing, except to the extent modified herein.

IT IS SO ORDERED.

Dated: December 9, 2010

BY THE COURT,

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

**FILED**

DEC 10 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA