IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 10-26337 |
| SHUBH HOTELS PITTSBURGH, LLC., Debtor. | Chapter 11 |
| | Judge Jeffery A. Deller |

**DEBTOR'S MOTION TO COMPEL MEDIATION PURSUANT TO
BANKRUPTCY COURT GENERAL COURT PROCEDURE RULE #4**

COMES NOW the Debtor-in-Possession by its counsel, David K. Rudov, Esq. and the law firm of Rudov & Stein, P.C. and Scott M. Hare, Esq. and pursuant to Bankruptcy Court General Court Procedure Rule # 4 represents as follows:

1. Consistent with the colloquy before the Court on December 16, 2010 and pursuant to General Court Procedure #4 (and as further authorized by Local Rule 16.2 for the United States District Court for the Western District of Pennsylvania), counsel for the Debtor In Possession hereby requests that the Court compel mediation on certain open issues in this case, consisting of those issues identified in the attached Order of Court.

2. General Court Procedure #4, section 2.0 provides as follows:

> **2.0 ASSIGNMENT OF MATTERS TO MEDIATION**.
>
> The Court may assign any matter deemed relevant to the Mediation Program *sua sponte,* upon written stipulation of the parties to the matter, ***or on motion of a party to the matter*** or the U.S. Trustee. Upon the motion of the mediator, a party to the mediation, or the U.S. Trustee, the Court may order additional parties to participate in the mediation if the presence of the additional parties would be necessary or helpful to a successful mediation. (emphasis added.)

3. The Debtor In Possession, as a party to this matter, suggests that Mediation is in the best interest of all parties and is required in order to bring "economic sense" to this case.

4. The Debtor In Possession further suggests that the circumstances involving this case are exigent and that Mediation should be Ordered immediately and concluded no later than January 15, 2011.

        Respectfully submitted,
        Rudov & Stein, P.C.

        ***/s/ David K. Rudov***
        David K. Rudov, Esq.
        drudov@rudovstein.com
        Pa. I.D. # 35579
        100 First Avenue, Suite 500
        First & Market Building
        Pittsburgh, PA 15222
        Tel:    412-281-7300

              AND

        ***/s/ Scott M. Hare***
        Scott M. Hare, Esquire
        scott@scottlawpgh.com
        Pa. I.D. # 63818
        1806 Frick Building
        437 Grant Street
        Pittsburgh, PA  15219
        Tel:    412-338-8632