Date:    January 11, 2011

In re:   Shubh Hotels Pittsburgh, LLC                          Bankruptcy # <u>10-26337JAD</u>

Appearances:                                                               Doc. # 544
  Debtor(s):           David K. Rudov, Esq. / Scott M. Hare, Esq.
  United States Trustee: Joseph M. Fornari, Esq. / Norma Hildenbrand, Esq.
  UCC:                 David W. Lampl, Esq — VIA TELEPHONE
                       John Steiner, Esq.
                       ~~Christopher A. Boyer, Esq.~~
  Creditor:            ~~James D. Gassenheimer, Esq. [Kiran Patel]~~
                       John R. Gataskie, Jr., Esq. [Kiran Patel]
  Creditor:            Robert P. Simons, Esq. [Carbon Capital/Blackrock]
                       ~~Amy M. Tonti, Esq. [Carbon Capital/Blackrock]~~
                       ~~Joseph F. Rodkey, Jr., Esq. [Carbon Capital/Blackrock]~~
                       C. Davidson - Employee    / P. Campbell - HLT

Nature of Proceeding:  Motion To Compel Mediation Pursuant To Bankruptcy Court General
                       Court Procedure Rule #4 filed by Debtor

Additional Pleadings:  - Response filed 12/21/2010 by Carbon Capital II Real Estate CDO 2005-
                         1, Ltd And BlackRock Financial Management, Inc., @ Doc. # 545
                       - Amended Response filed 12/21/2010 by Carbon Capital II Real Estate
                         CDO 2005-1, Ltd And BlackRock Financial Management, Inc., @
                         Doc # 545
                       - Limited Objection filed 1/7/2011 by HLT Existing Franchise Holding,
                         LLC at Doc. # 607
                       - Response filed 1/7/2011 by The Official Committee Of Unsecured
                         Creditors at Doc. # 609

___ Motion is GRANTED  /  DENIED

___ Special Type Of Order:


_____ CONTINUE MATTER:

     _____ For At Least _____ Days (Court To Issue Scheduling Order)

          _____ To Hearing Date Of _____ at _____ AM/PM at
          _____


_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order - NONJURY  /  JURY
          _____ Simple / Pretrial Order - NONJURY  /  JURY
          _____ Parties To Undertake Discovery - Discovery Period: _____ days

_____ SETTLEMENT STIPULATION IS DUE _____

✓ OTHER:  Order to be filed ordering Mediation.

                                                              **FILED**

                                                              JAN 11 2011

                                                              CLERK, U.S. BANKRUPTCY COURT
                                                              WEST. DIST OF PENNSYLVANIA

                                                              **JEFFERY A. DELLER**
                                                              U.S. Bankruptcy Judge