IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SHUBH HOTELS PITTSBURGH, LLC., | : | Bankruptcy No. 10-26337-JAD |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |

## ORDER

**AND NOW**, this **11th** day of **January, 2011**, following the hearing held January 11, 2011, on the *Motion to Compel Mediation Pursuant to Bankruptcy Court General Court Procedure Rule #4* filed by the Debtor,

**IT IS HEREBY ORDERED THAT** Dr. Kiran Patel shall file a Proof of Claim **within ten (10) days** of the date of this Order.

_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL TO:**
David K. Rudov, Esq.
Scott M. Hare, Esq.
James D. Gassenheimer, Esq.
John R. Gotaskie, Jr., Esq.
Robert P. Simons, Esq.
Amy M. Tonti., Esq.
Gregory L. Taddonio, Esq.
John M. Steiner, Esq.
David W. Lampl, Esq.
Office of the U.S. Trustee

**FILED**
JAN 1 1 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

00005380.WPD