Date:      March 29, 2011

In re:     Shubh Hotels Pittsburgh, LLC                    Bankruptcy # <u>10-26337JAD</u>

                                                           Doc. # 788

**Appearances:**
| | |
|---|---|
| Debtor: | David K. Rudov, Esq. / Scott M. Hare, Esq. |
| U.S. Trustee: | Joseph M. Fornari, Esq. / Norma Hildenbrand, Esq. |
| Ch. 11 Trustee: | James R. Walsh, Esq. |
| UCC: | David W. Lampl, Esq. / Christopher A. Boyer, Esq. |
| Creditor: | James D. Gassenheimer, Esq. [Kiran Patel] |
| | John R. Gotaskie, Jr., Esq. [Kiran Patel] |
| | Brian Rich, Esq. [Kiran Patel] - VIA TELEPHONE |
| Creditor: | Robert P. Simons, Esq. [Carbon Capital/Blackrock] |
| | Amy M. Tonti, Esq. [Carbon Capital/Blackrock] |
| | Joseph F. Rodkey, Jr., Esq. [Carbon Capital/Blackock] |
| Creditor: | Keith Grumer, Esq. [Bisaria/Shub Hotels] – VIA TELEPHONE |
| Creditor: | Robert Lampl, Esq. [Bisaria/Shub Hotels] - Local Counsel |

**Nature of Proceeding:** Motion To Approve Settlement Among Dr. Kiran C. Patel, Dr. Pallavi Patel, Pittsburgh Grand, LLC, Carbon Capital II Real Estate CDO 2005-1 Ltd., Midland Loan Services, And BlackRock Financial Management, Inc., filed by Dr. Kiran C. Patel, Pittsburgh Grand, LLC and Dr. Pallavi Patel

**Additional Pleadings:**
- Joint Response of Chapter 11 Trustee and Official Committee Of Unsecured Creditors To Motion To Approve Settlement filed on 3/22/2011 at Doc. # 858 [Due 3/22/2011]
- Reply To Joint Response Of Chapter 11 Trustee And UCC filed 3/28/2011 By Carbon Capital II Real Estate CDO 2005-1, Ltd., And BlackRock Financial Management, Inc., @ Doc. # 884
- Memorandum In Support Of Motion filed 3/28/2011 By Dr. Kiran C. Patel And Pittsburgh Grand, LLC, @ Doc. # 887

✓ Motion is (GRANTED) / DENIED

___ Special Type Of Order:

___ CONTINUE MATTER:

    ___ For At Least ___ Days (Court To Issue Scheduling Order)

       ___ To Hearing Date Of _____ at _____ AM/PM at

___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days

___ SETTLEMENT STIPULATION IS DUE _____

✓ OTHER* Proposed order due 4-1-2011.

FILED
MAR 29 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

00005625.WPD