Date:        March 29, 2011                                              Bankruptcy # <u>10-26337JAD</u>

In re:       Shubh Hotels Pittsburgh, LLC                                Doc. # 799

**Appearances:**
| | |
|---|---|
| Debtor: | David K. Rudov, Esq. / Scott M. Hare, Esq. |
| U.S. Trustee: | Joseph M. Fornari, Esq. / Norma Hildenbrand, Esq. |
| Ch. 11 Trustee: | James R. Walsh, Esq. |
| UCC: | David W. Lampl, Esq. / John Steiner, Esq. |
| Creditor: | James D. Gassenheimer, Esq. [Kiran Patel] |
| | John R. Gotaskie, Jr., Esq. / Brian G. Rich, Esq. [Kiran Patel] |
| | Brian Rich, Esq. [Kiran Patel] - VIA TELEPHONE |
| Creditor: | Robert P. Simons, Esq. [Carbon Capital/Blackrock] |
| | Amy M. Tonti, Esq. [Carbon Capital/Blackrock] |
| | Joseph F. Rodkey, Jr., Esq. [Carbon Capital/Blackock] |
| Creditor: | Keith Grumer, Esq. [Bisaria/Shub Hotels] - VIA TELEPHONE |
| Creditor: | Robert Lampl, Esq. [Bisaria/Shub Hotels] - Local Counsel |
| Creditor: | Elene Mountis Moran, Esq. [Pittsburgh Water And Sewer Authority] |
| Creditor: | Claudia Davidson, Esq. [Local 57 Of UNITEHERE] |

**Nature of Proceeding:** Hearing On First Amended Disclosure Statement In Connection With First Amended Plan Of Reorganization Dated March 8, 2011 filed by Pittsburgh Grand, LLC and Dr. Kiran Patel

**Additional Pleadings:**
- Limited Objection filed by Pittsburgh Water And Sewer Authority To 3/25/2011 at Doc. #869 [Due 3/27/2011]
- Objection filed by Unitehere Local 57 3/25/2011 at Doc. # 870
- Limited Objection filed by International Painters and Allied Trades Industry Pension Funds 3/25/2011 at Doc. # 871
- Limited Objection filed by Hotel Employees and Restaurant Employees International Union Welfare Fund filed 3/25/2011 at Doc. # 872
- Objection filed by Atul Bisaria and Shubh Hotels, LLC 3/26/2011 at Doc. # 874
- STATUS REPORT Pursuant To This Court's Order Of March 4, 2011 filed by James R. Walsh, Chapter 11 Trustee 3/27/2011 at Doc. # 877
- Objection filed by HLT Existing Franchise Holding, LLC 3/27/2011 at Doc. # 878
- Limited Objection filed 3/28/2011 by Pittsburgh Water And Sewer Authority @ Doc. # 881
- Objection Filed 3/28/2011 By Local 57 Of UNITEHERE @ Doc. # 882
- Response filed 3/28/2011 by UCC @ Doc. # 885

___ Motion is GRANTED / DENIED

___ Special Type Of Order:

✓ CONTINUE MATTER:

    _____ For At Least _____ Days (Court To Issue Scheduling Order)

        ✓ To Hearing Date Of <u>April 5, 2011</u> at <u>10:00</u> (AM)/PM at

_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order - NONJURY / JURY
      _____ Simple / Pretrial Order - NONJURY / JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days

_____ SETTLEMENT STIPULATION IS DUE _____

✓ OTHER: <u>Revised Document due w/ 2 days.</u>

- CONTINUE MATTER TO 4-5-11 AT 10:00 AM
- O/E 3-29-11 SETTING CONTINUED HEARING

FILED
MAR 29 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

00005625.WPD