United States Bankruptcy Court
For the Western District Of Pennsylvania

---

Shubh Hotels Pittsburgh, LLC          } Chapter 11
                                      }
                                      }
                                      }
                                      } Case No.
                                      } 10-26337
Debtor                                } Amount $4,446.90

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Society for Vascular Ultrasound**
**4601 Presidents Dr, Suite 260**
**Lanham, MD 20706**

The transfer of your claim as shown above in the amount of $4,446.90 has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Eric Horn
Liquidity Solutions Inc
(201) 968-0001



3212492

# TRANSFER NOTICE

Society For Vascular Ultrasound ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"). pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Shubh Hotels Pittsburgh, LLC** (the "Debtor"), in the aggregate amount of **$4,446.90**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Pennsylvania, administered as Case No. 10-26337.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of February, 2011

Society For Vascular Ultrasound

_____
(Signature)

STEVE HARACZNAK, EXECUTIVE DIRECTOR
(Print Name and Title)
SOCIETY FOR VASCULAR ULTRASOUND

Liquidity Solutions, Inc.
ERIC HORN

Shubh Hotels Pittsburgh, LLC
Society For Vascular Ultrasound

3212492