IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| SHUBH HOTELS PITTSBURGH, LLC, | ) ) | Bank. No. 10-26337-JAD |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor. | ) | |
| _____ | ) | |
|  | ) | |
| UNITED STATES OF AMERICA, | ) | |
| INTERNAL REVENUE SERVICE, | ) | Related to |
|  | ) | Doc. Nos. 927, 934 |
| Movant. | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
|  | ) | Hearing Date |
| SHUBH HOTELS PITTSBURGH, LLC, | ) | 5/12/11 at 9:00 AM |
|  | ) | |
|  | ) | |
| Respondent. | ) | |

<u>UNITED STATES' OBJECTION TO DEBTOR'S AMENDED CHAPTER 11
PLAN/MODIFIED SECOND AMENDED CHAPTER 11 PLAN PROPOSED BY DR.
KIRAN C. PATEL AND PITTSBURGH GRAND LLC DATED APRIL 6, 2011</u>

AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Lisa DiCerbo, Special Assistant to the United States Attorney for said district, and files the following objection to the Debtor's Amended Chapter 11 Plan/Modified Second Amended Chapter 11 Plan Proposed By Dr. Kiran C. Patel And Pittsburgh Grand LLC Dated April 6, 2011:

1. The Internal Revenue Service has filed a proof of claim against the debtor in the amount of $3,496.28, which includes a priority claim of $1,483.88, and a general unsecured claim of $2,012.40.

2. The Debtor's Amended Chapter 11 Plan/Modified Second Amended Chapter 11 Plan Proposed By Dr. Kiran C. Patel And Pittsburgh Grand LLC Dated April 6, 2011 is objectionable because:

   a. The Debtor has not filed prepetition employment tax returns (Forms 941) for the periods beginning with the first quarter of 2008 through, and including, the second quarter of 2009, and the annual federal unemployment tax returns (Forms 940) for the tax years 2008 and 2009. While it has been established that the Debtor engaged employee management companies in the time periods subsequent to the periods at issue in 2008 and 2009, the Debtor has not provided information about an employee management company for the periods at issue (i.e., for the periods beginning with the first quarter of 2008 through, and including, the second quarter of 2009), nor has the Debtor itself filed employment tax returns for those periods. The lack of employment tax returns prevents the Internal Revenue Service from determining the correct amount of its priority claim.

   b. The Debtor has not filed partnership income tax returns (Forms 1065) for the tax years 2007, 2008 and 2009.

   c. Pursuant to Rule 2015-2A of the Local Rules of the United States Bankruptcy Court for the Western District of

Pennsylvania, all delinquent federal tax returns shall be filed within sixty (60) days of the date of the initial filing of a bankruptcy petition.

    WHEREFORE, it is prayed that the Debtor's Amended Chapter 11 Plan/Modified Second Amended Chapter 11 Plan Proposed By Dr. Kiran C. Patel And Pittsburgh Grand LLC Dated April 6, 2011 not be confirmed.

                                       DAVID J. HICKTON
                                       United States Attorney

                                  BY:/s/Lisa DiCerbo_____
                                      LISA DiCERBO
                                       Special Assistant to
                                       the U.S. Attorney
                                       Moorhead Federal Building
                                       Room 806
                                       1000 Liberty Avenue
                                       Pittsburgh, PA  15222
                                       Pa. Bar. No. 73825
Dated: May 5, 2011             Phone (412)395-6586
                                       Email lisa.dicerbo@
                                       irscounsel.treas.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Objection to Debtor's Amended Chapter 11 Plan/Modified Second Amended Chapter 11 Plan Proposed By Dr. Kiran Patel And Pittsburgh Grand LLC Dated April 6, 2011 was served on the following, by electronic notification or U.S. mail, as applicable, on May 5, 2011:

David K. Rudov
Rudov & Stein
First and Market Bldg.
100 First Ave., Suite 500
Pittsburgh, PA 15222

Scott M. Hare
Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219

James D. Gassenheimer
Berger Singerman
200 S. Biscayne Blvd. Suite 1000
Miami, FL 33130

David W. Lampl
Leech Tishman Fuscaldo & Lampl
525 William Penn Place, 30th Fl.
Pittsburgh, PA 15219

John M. Steiner
Leech Tishman Fuscaldo & Lampl
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219

Christopher A. Boyer
Leech Tishman Fuscaldo & Lampl
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219

Robert P. Simons
Reed Smith LLP
Reed Smith Centre
225 Fifth Ave.
Pittsburgh, PA 15222

James R. Walsh
Spence, Custer, Saylor, Wolfe & Rose
P.O. Box 280
Johnstown, PA 15907

Joseph M. Fornari, Jr.
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Norma Hildenbrand
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

| | |
|---|---|
| T. Lawrence Palmer<br>Office Attorney General of PA<br>PA Dept. of Revenue<br>564 Forbes Ave.<br>Pittsburgh, PA 15219 | Commonwealth of PA<br>Dept. of Labor & Industry<br>914 Penn Ave., 6th Floor<br>Pittsburgh, PA 15222 |
| S. James Wallace<br>Griffin, McCague & Wallace, PC<br>38th Floor, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Michael C. D'Aries<br>Helfand & Helfand<br>350 Fifth Ave., Suite 2826<br>New York, NY 10118 |
| David Raves<br>Maiello Brungo & Maiello LLP<br>One Churchill Park<br>3301 McCrady Road<br>Pittsburgh, PA 15235 | Tony J. Thompson<br>Meyer, Unkovic & Scott LLP<br>Henry W. Oliver Bldg.<br>535 Smithfield St., Suite 1300<br>Pittsburgh, PA 15222 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219 | Paul J. Cordaro<br>Campbell & Levine LLC<br>1700 Grant Bldg.<br>Pittsburgh, PA 15219 |
| Jillian L. Nolan<br>Bernstein Law Firm<br>2200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Kirk B. Buckley<br>Bernstein Law Firm<br>2200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| Jeffrey James Leech<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Amy K. Parker<br>Fox Rothchild<br>625 Liberty Ave., 29th Floor<br>Pittsburgh, PA 15222 |
| Joseph F. Rodkey, Jr.<br>Fowkes Rodkey<br>732 Allegheny River Blvd.<br>Oakmont, PA 15139 | David W. Ross<br>Babst, Calland, Clements & Zomnir, PC<br>Two Gateway Center, 8th Floor<br>Pittsburgh, PA 15222 |
| Neil J. Gegorio<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Moira Cain-Mannix<br>Marcus & Shapira LLP<br>35th Floor, One Oxford Centre<br>301 Grant Street<br>Pittsburgh, PA 15219 |

Claudia Davidson  
500 Law & Finance Bldg.  
Pittsburgh, PA 15219

Robert O. Lampl  
960 Penn Ave., Suite 1200  
Pittsburgh, PA 15222

Darlene M. Nowak  
35th Floor, One Oxford Centre  
Pittsburgh, PA 15209

Suzanne A. Szymoniak  
1009 Merchant Street  
Ambridge, PA 15003

James McNally  
Metz Lewis  
11 Stanwix Street, 18th Floor  
Pittsburgh, PA 15222

Kenneth C. Thiess  
Metz Lewis LLC  
11 Stanwix Street, 18th Floor  
Pittsburgh, PA 15222

John R. O'Keefe, Jr.  
Metz Lewis LLC  
11 Stanwix Street, 18th Floor  
Pittsburgh, PA 15222

Debra S. Rosen  
Archer & Greiner PC  
One Centennial Square  
Haddonfield, NJ 08033

Jeremy E. Meyer  
Cleary & Josem LLP  
One Liberty Place, 51st Floor  
1650 Market Street  
Philadelphia, PA 19103

Keith T. Grumer  
Grumer Macaluso PA  
One East Broward Blvd.  
Suite 1501  
Fort Lauderdale, FL 33301

Alan E. Cech  
Morella & Associates  
706 Rochester Rd.  
Pittsburgh, PA 15237

D. Elaine Conway  
Jackson Walker LLP  
1401 McKinney St., Suite 1900  
Houston, TX 77010

Daniel M. Eliades  
Forman, Holt, Eliades & Revin  
80 Route 4 East, Suite 290  
Paramus, NJ 07652

Joseph M. Cerra  
Forman, Holt, Eliades & Revin  
80 Route 4 East, Suite 290  
Paramus, NJ 07652

Dawn M. Costa  
Jennings Sigmond, PC  
510 Walnut St., 16th Floor  
Penn Mutual Towers  
Philadelphia, PA 19106

George Martin Cheever  
K&L Gates LLP  
K&L Gates Center  
210 Sixth Ave.  
Pittsburgh, PA 15222

Caroline George  
Crescent Hotels and Resorts  
10304 Eaton Place, Suite 460  
Fairfax, VA 22030

George R. Gotaskie, Jr.  
Fox Rothchild  
625 Liberty Ave., 29th Floor  
Pittsburgh, PA 15222

| | |
|---|---|
| Samuel R. Grego<br>Dickie, McCamey & Chilcote<br>Suite 400, 2 PPG Place<br>Pittsburgh, PA 15222 | John P. Vetica, Jr.<br>600 Commerce Drive, Suite 601<br>Moon Township, PA 15108 |
| James Helton Joseph<br>Spilman Thomas & Battle PLLC<br>One Oxford Centre, Suite 3440<br>301 Grant Street<br>Pittsburgh, PA 15219 | Erica L. Koehl<br>Babst, Calland, Clements & Zomnir<br>Two Gateway Center<br>Pittsburgh, PA 15222 |
| Jeanne S. Lofgren<br>Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Ave.<br>Pittsburgh, PA 15222 | Elene Mountis Moran<br>Thorp Reed & Armstrong LLP<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15222 |
| Mary-Jo Rebelo<br>Houston Harbaugh PC<br>Three Gateway Centre<br>401 Liberty Ave.m, 22nd Floor<br>Pittsburgh, PA 15222 | Thomas E. Reilly<br>Thomas E. Reilly, PC<br>Waterfront Corporate Park<br>Building Two, Suite 403<br>2200 Georgetowne Drive<br>Sewickley, PA 15143 |
| Brian G. Rich<br>Berger Singerman<br>125 South Gadsen St., Suite 300<br>Tallahassee, FL 32301 | Scott E. Schuster<br>McGuire Woods LLP<br>625 Liberty Ave., 23rd Floor<br>Pittsburgh, PA 15222 |
| Gregory L. Taddonio<br>Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Ave.<br>Pittsburgh, PA 15222 | Amy M. Tonti<br>Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Ave.<br>Pittsburgh, PA 15222 |
| Michael J. Healey<br>Healey & Hornack, PC<br>The Pennsylvanian, Suite C-2<br>1100 Liberty Ave.<br>Pittsburgh, PA 15222 | David A. Wolf<br>Goldberg Kamin & Garvin<br>1806 Frick Bldg.<br>437 Grant Street<br>Pittsburgh, PA 15219 |

/s/Lisa DiCerbo
Attorney

Dated: May 5, 2011