Date:   Thursday, May 12, 2011

In re:  Shubh Hotels Pittsburgh, LLC                               Bankruptcy # <u>10-26337JAD</u>

Appearances:                                                                    Doc. # 927

| | |
|---|---|
| Debtor: | David K. Rudov, Esq. / Scott M. Hare, Esq. |
| U.S. Trustee: | Joseph M. Fornari, Esq. / Norma Hildenbrand, Esq. |
| Ch. 11 Trustee: | James R. Walsh, Esq. |
| UCC: | David W. Lampl, Esq. / John Steiner, Esq. |
| Creditor: | James D. Gassenheimer, Esq. /John R. Gotaskie, Jr., Esq. / Brian G. Rich, Esq. [Kiran Patel] |
| | Brian Rich, Esq. [Kiran Patel] |
| Creditor: | Robert P. Simons, Esq./Amy M. Tonti, Esq./ Jeanne Lofgren, Esq. [Carbon Capital/Blackrock] |
| | Joseph F. Rodkey, Jr., Esq. [Carbon Capital/Blackock] |
| Creditor: | Keith Grumer, Esq./Ted Bacuzzo, Esq. [Bisaria/Shub Hotels] |
| Creditor: | Robert Lampl, Esq. [Bisaria/Shub Hotels] - Local Counsel |
| Creditor: | Elene Mountis Moran, Esq. [Pittsburgh Water And Sewer Authority] |
| Creditor: | Claudia Davidson, Esq. [Local 57 Of UNITEHERE] |
| Creditor: | Paul Cordaro, Esq. [Hilton] |
| Creditor: | Karl M. Terrell [ Shareholder: Stokes Roberts And Wagner, ALC |
| Creditor: | Christopher L. Borsani, Esq. |
| Creditor: | Ronald B. Roteman, Esq. [Contract Purchasing & Design/ C&M Installations] |
| Creditor: | Lisa DiCerbo, Esq. [USA/IRS] |
| Creditor: | George T. Snyder, Esq. /Roy E. Leonard, Esq. [Goldberg, Kamin & Garvin] |
| Creditor | |

Nature of Proceeding: Hearing On Confirmation Of The Modified Second Amended Chapter 11 Plan Dated April 6, 2011 Proposed By Dr. Kiran C. Patel and Pittsburgh Grand, LLC

Additional Pleadings:
- **Doc. # 928** - Plan Summary
- **Doc. # 937** - Exhibit (Final Version Of Committee Solicitation Letter) filed 4/8/2011
- **Doc. # 956** - Notice Of Filing Of Plan Support Agreement filed 4/14/2011 - NO COS FILED
- **Doc. # 969** - Notice Of Filing Of Schedule Of Assumed Contracts filed 4/20/2011 - DOES NOT APPEAR ENTIRE MATRIX SERVED
- **Doc. # 983** - Objection To The Modified Second Amended Disclosure Statement In Connection With Modified Second Amended Plan Of Reorganization Dated April 6, 2011 For Voting Purposes filed by Kubicki Draper 4/21/2011  [Due 5/5/2011]
- **Doc. # 1029** - Notice Of Filing Of Amended Schedule Of Assumed Contracts filed 4/26/2011 by Dr. Kiran C. Patel And Pittsburgh Grand, LLC - DOES NOT APPEAR ENTIRE MATRIX SERVED
- **Doc. # 1055** - First Plan Supplement Related To Modified Second Amended Chapter 11 Plan Proposed By Dr. Kiran C. Patel And Pittsburgh Grand LLC, Dated 4/6/2011 filed 4/27/2011 - - COS Filed @ Doc. # 1061 - DOES NOT APPEAR ENTIRE MATRIX SERVED
- **Doc. # 1062** - Second Plan Supplement Related To Modified Second Amended Plan filed 4/29/2011 by Pittsburgh Grand LLC And Dr. Kiran C. Patel - COS Filed @
Doc. # 1065 - DOES NOT APPEAR ENTIRE MATRIX SERVED
- **Doc. # 1081** - Motion For Temporary Allowance Of Its Claim For Voting Purposes filed by Stokes Roberts and Wagner, ALC on 5/4/2011
- **Doc. # 1083** - Motion For The Temporary Allowance Of Claim For Voting Purposes filed by Shubh Hotels LLC on 5/4/2011
- **Doc. # 1084** - Objection To Confirmation Of The Modified Second Amended Plan Dated 4/6/11 filed by Shubh Hotels LLC on 5/4/2011
- **Doc. # 1085** - Objection To Confirmation Of the Modified Second Amended Plan Dated 4/6/2011 filed by Atul Bisaria's on 5/4/2011

Date:   Thursday, May 12, 2011

In re:  Shubh Hotels Pittsburgh, LLC                          Bankruptcy # <u>10-26337JAD</u>

Doc. # 927

**Additional Pleadings Continued:**

- **Doc. # 1087** - Objection To Confirmation Of the Modified Second Amended Plan Dated 4/6/2011 filed by Black Diamond Hospitality, LLC, on 5/4/2011
- **Doc. # 1088** - Motion For The Temporary Allowance Of Claim For Voting Purposes filed by Black Diamond Hospitality, LLC, on 5/4/2011
- **Doc. # 1089** - Motion For Temporary Allowance Of Claim For Plan Voting Purposes filed 5/5/2011 by Contract Purchasing & Design, Inc.
- **Doc. # 1090** - Motion For Temporary Allowance Of Claim For Plan Voting Purposes filed 5/5/2011 by C&M Installations
- **Doc. # 1091** - Objection To Confirmation filed 5/5/2011 By USA/IRS
- **Doc. # 1092** - Limited Objection filed 5/5/2011 by Rudov & Stein, P.C. And Scott M. Hare
- **Doc. # 1094** - Reservation Of Rights filed 5/5/2011 by Carbon Capital II Real Estate CDO 2005-1, Ltd. And BlackRock Financial Management
- **Doc. # 1095** - Response filed 5/5/2011 by UCC
- **Doc. # 1096** - Motion For Temporary Allowance Of Claim For Voting Purposes filed 5/5/2011 by HLT Existing Franchise Holding, LLC
- **Doc. # 1097** - Objection To Confirmation filed 5/5/2011 by HLT Existing Franchise Holding, LLC
- **Doc. # 1099** - Motion For Temporary Allowance Of Claim For Voting Purposes filed 5/5/2011 by Goldberg, Kamin & Garvin, LLP
- **Doc. # 1100** - Limited Objection filed 5/5/2011 by Goldberg, Kamin & Garvin, LLP And Jonathan M. Kamin
- **Doc. # 1101** - Third Plan Supplement Related To Modified Second Amended Plan filed 5/6/2011 by Dr. Kiran C. Patel and Pittsburgh Grand LLC
- **Doc. # 1105** - Notice Of Withdrawal Of Objection To The Claim Of Hotel Employees & Restaurant Employees Int'l. Union Welfare Fund filed 5/9/2011 filed by Dr. Kiran C. Patel And Pittsburgh Grand, LLC
- **Doc. # 1107** - Stipulation And Agreement between Chapter 11 Trustee, Debtor And the USA/IRS filed 5/9/2011
- **Doc. # 1115** - Motion To Withdraw Objection filed 5/9/2011 by USA/IRS
- **Doc. # 1181** - Certificate Or Proponents Plan On Acceptance Of Plan, Report On Amount To Be Deposited, Certificate Of Amount Deposited And Payment Of Fees filed 5/10/2011 by Dr. Kiran C. Patel And Pittsburgh Grand, LLC
- **Doc. # 1182** - Confirmation Declaration Of Dr. Kiran C. Patel In Connection With The Modified Second Amended Plan Of Reorganization Dated 4/6/2011 On 5/10/2011
- **Doc. # 1189** - Carbon Capital and BlackRock's Response In Opposition To Limited Objection On Behalf Of Rudov & Stein, P.C. and Scott M. Hare, As Debtor's Counsel To Second Amended Chapter 11 Plan Of Dr. Kiran C. Patel and Pittsburgh Grand, LLC filed 5/10/2011
- **Doc. # 1195** - Objection filed 5/10/2011 by the Official Committee of Unsecured Creditors To Motion Of HLT Existing Franchise Holding, LLC For An Order, Pursuant To Bankruptcy Rule 3018(a), Temporarily Allowing Its Claim For Voting Purposes
- **Doc. # 1196** - Objection filed 5/10/2011 by the Official Committee Of Unsecured Creditors of Shubh Hotels Pittsburgh, LLC To Debtor's Motion For The Temporary Allowance of Claim For Voting Purposes For The Modified Second Amended Plan
- **Doc. # 1197** - Objection filed 5/10/2011 by the Official Committee of Unsecured Creditors To Black Diamond Hospitality, LLC's Motion For The Temporary Allowance of Claim For Voting Purposes For The Modified Second Amended Plan
- **Doc. # 1199** - Response filed 5/10/2011 by the Official Committee of Unsecured Creditors To The Objections To Confirmation of The Modified Second Amended Plan Filed By HLT Existing Franchise Holdings, LLC AND Memorandum of Law In Support of the Modified Second Amended Plan

Date:     Thursday, May 12, 2011

In re:   Shubh Hotels Pittsburgh, LLC                                              Bankruptcy # <u>10-26337JAD</u>

Doc. # 927

**Additional Pleadings Continued:**

- **Doc. # 1200** - Response filed 5/10/2011 by the Official Committee of Unsecured Creditors To The Objections To Confirmation Of The Modified Second Amended Plan Filed By Shubh Hotels, LLC, Atul Bisaria, Black Diamond Hospitality, LLC, Rudov & Stein, P.C. and Scott M. Hare, As Debtor's Counsel, and Goldberg, Kamin & Garvin, LLP and Jonathan M. Kamin AND Memorandum Of Law In Support Of Response
- **Doc. # 1201** - Dr. Kiran C. Patel and Pittsburgh Grand, LLC's Memorandum Of Law In Support Of Confirmation Of The Modified Second Amended Plan AND Omnibus Response To Objections Thereto And Related Motion To Temporarily Allow Claims For Voting Purposes filed 5/10/2011
- **Doc. # 1249** - Carbon Capital Real Estate CDO 2005-1, Ltd. And Blackrock Financial Management, Inc.'s Response In Opposition To Black Diamond Hospitality, LLC's, Motion For Temporary Allowance Of Claim For Voting Purposes
- **Doc. # 1262** - *Originally filed at Doc. # 1195* - Objection Of UCC To HLT Existing Franchise Holding, LLC's Motion For An Order Temporarily Allowing Its Claim For Voting Purchases filed 5/11/2011
- **Doc. # 1263** - *Originally filed at Doc. # 1196* - Objection Of UCC To Shubh Hotels, LLC's Motion For Temporary Allowance Of Claim For Voting Purposes filed 5/11/2011
- **Doc. # 1264** - *Originally filed at Doc. # 1197* - Objection Of UCC To Black Diamond Hospitality, LLC's Motion For The Temporary Allowance Of Claim For Voting Purposes filed 5/11/2011
- **Doc. # 1265** - Joinder Of Dr. Kiran C. Patel And Pittsburgh Grand, LLC, In The Objection Of UCC To HLT Existing Franchise Holdings Motion For Temporary Allowance Of Claim For Voting filed 5/11/2011
- **Doc. # 1266** - Supplement by UCC To Objection To Shubh Hotels, LLC's Motion For The Temporary Allowance Of Claim For Voting Purposes filed 5/11/2011
- **Doc. # 1267** - Notice Of Withdrawal Of The Objection Of Dr. Kiran C. Patel And Pittsburgh Grand, LLC, To Claim Of American Hotel Register Company
- **Doc. # 1268** - Notice Of Withdrawal Of The Objection Of Dr. Kiran C. Patel And Pittsburgh Grand, LLC, To Claim Of Event Source filed 5/11/2011
- **Doc. # 1269** - Joinder Of Dr. Kiran C. Patel And Pittsburgh Grand, LLC In The Objection Of UCC To Shubh Hotels, LLC's Motion For The Temporary Allowance Of Claim For Voting Purposes filed 5/11/2011
- **Doc. # 1270** - Joinder Of Dr. Kiran C. Patel And Pittsburgh Grand, LLC, In The Objection Of UCC To Black Diamond Hospitality, LLC's Motion For Temporary Allowance Of Claim For Voting Purposes filed 5/11/2011
- **Doc. # 1271** - Amended Certificate Of Proponents Of Plan On Acceptance Of Plan, Report On Amount To Be Deposited, Certificate Of Amount Deposited And Payment Of Fees filed 5/11/2011
- **Doc. # 1272** - Response In Opposition To Objections To Confirmation filed by Shubh Hotels, LLC, Atul Bisaria, And Black Diamond Hospitality, LLC, filed 5/11/2011 by Carbon Capital II Real Estate CDO 2005-1, Ltd., And BlackRock Financial Management, Inc., As Sub-Speci Servicer To Carbon Capital II Real Estate CDO 2005-1, Ltd.'s Special Servicer, Midland Loan Services, a Division Of PNC Bank, NA

\_\_\_ **Motion is GRANTED  /  DENIED**

\_\_\_ **Special Type Of Order:**

Date:   Thursday, May 12, 2011

In re:  Shubh Hotels Pittsburgh, LLC                    Bankruptcy # <u>10-26337JAD</u>

                                                        Doc. # 927

____ CONTINUE MATTER:
     ____ For At Least ____ Days (Court To Issue Scheduling Order)

          ____ To Hearing Date Of _____ at _____ AM/PM at
          _____

____ ISSUE EVIDENTIARY HEARING NOTICE
     ____ Evidentiary Hearing On Value And Cram-Down Interest
     ____ Complex / Pretrial Order - NONJURY  /  JURY
     ____ Simple / Pretrial Order - NONJURY  /  JURY
     ____ Parties To Undertake Discovery - Discovery Period: ____ days

____ SETTLEMENT STIPULATION IS DUE _____

____ OTHER:

○ Plan Confirmation Order to be Submitted.

**FILED**

MAY 1 2 2011

**CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA**

                                                        <u>JEFFERY A. DELLER</u>
                                                        U.S. Bankruptcy Judge